# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:                                                                                  Chapter 11

NILHAN HOSPITALITY, LLC,                                  Case No. 6:15-bk-03447-KSJ

      Debtor.
_____/

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM OF BLOOM SUGARMAN EVERETT, LLP

COMES NOW, Bloom Sugarman, LLP f/k/a Bloom Sugarman Everett, LLP ("Bloom") in the above-styled bankruptcy case, pursuant to Federal Rule of Bankruptcy Procedure 3006, and hereby withdraws the following claim:

| Claim No. | Date | Case No. | Debtor | Claim Amount |
|---|---|---|---|---|
| 8-1 | 8/3/15 | 6:15-bk-03447-KSJ | Nilhan Hospitality, LLC | $119,678.91 |

Bloom hereby withdraws the above-referenced claim and authorizes the Clerk of Court to reflect this withdrawal on the official claims register in the above-referenced bankruptcy case. Nothing set forth herein shall in any way impair, limit, waiver or be deemed to waive any defense, setoff or right of offset of Bloom, and all such defenses and rights are hereby explicitly reserved.

Respectfully submitted this 26th day of January, 2016.

                                                s/Ryan T. Pumpian
                                                Ryan T. Pumpian
                                                (rpumpian@bloomsugarman.com)
                                                FL Bar No. 156220

BLOOM SUGARMAN, LLP
977 Ponce de Leon Ave., NE
Atlanta, GA 30306
Phone: 404-577-7710

{00309394.DOCX / }

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:                                                                    Chapter 11

NILHAN HOSPITALITY, LLC,                            Case No. 6:15-bk-03447-KSJ

     Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on January 26, 2016, and that a copy will be furnished via regular U.S. Mail, postage pre-paid to Debtor's counsel, Kenneth D. Herron, Jr., Wolff Hill McFarlin & Herron, PA, 1851 W. Colonial Drive, Orlando, FL 32804, R. Scott Shuker, Latham Shuker Eden & Beaudine, LLP, PO Box 3353, Orlando, FL 32802, Timothy S. Laffredi, Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

                                                                                   s/Ryan T. Pumpian
                                                                                  Ryan T. Pumpian
                                                                                  FL Bar No. 156220