UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER      6:15-bk-03447-KSJ |
| Chapter 11 | } | |
| | } | |
| | } | JUDGE      Karen Jennemann |
| | } | |
| | } | |
| DEBTOR   Nilhan Hospitality, LLC | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM _____ February 1, 2016 _____      TO _____ February 10, 2016 _____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

2/22/2016
Date

Nilhan Hospitality, LLC
17885 Collins Avenue, Unit 4001
Sunny Isles, Florida 33160

Attorney for Debtor's Signature
**Malinda Hayes, Esquire**
**Markarian Frank White-Boyd & Hayes**
2925 PGA Boulevard, Suite 204
Palm Beach Gardens, FL 33410
561-626-4700

Note: The original Monthly Operating Report is to be filed with the court and a copy
simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING February 1, 2016 AND ENDING February 10, 2016

Name of Debtor: Nilhan Hospitality, LLC                    Case Number: 6:15-bk-03447-KSJ
Date of Petition: April 20, 2015

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $ 117,077.12 | (a) | $ 187.00 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | | | | |
| Minus: Cash Refunds | | | | |
| Net Cash Sales | | | | |
| B. Accounts Receivable | $ 55,652.51 | | $ 609,995.86 | |
| C. Other Receipts (See MOR-3) | $ - | | $ 17,000.95 | |
| (If you receive rental income, you must attach a rent roll.) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | $ 55,652.51 | | $ 626,996.81 | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $ 172,729.63 | | $ 627,183.81 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | | | | |
| B. Bank Charges | $ 64.00 | | $ 469.00 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | | | $ 47,454.00 | |
| E. Insurance | | | $ 12,720.79 | |
| F. Inventory Payments (See Attach. 2) | | | | |
| G. Leases | | | | |
| H. Manufacturing Supplies | | | | |
| I. Office Supplies | | | $ 189.02 | |
| J. Payroll - Net (See Attachment 4bA) | | | | |
| K. Professional Fees (Accounting & Legal) | | | $ 2,500.00 | |
| L. Rent | | | | |
| M. Repairs & Maintenance | | | $ 16,534.91 | |
| N. Secured Creditor Payments (See Attach. 2) | | | $ 256,448.85 | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | | | |
| R. Telephone | | | $ 754.10 | |
| S. Travel & Entertainment | | | | |
| Y. U.S. Trustee Quarterly Fees | | | $ 3,575.00 | |
| U. Utilities | | | $ 72,803.06 | |
| V. Vehicle Expenses | | | | |
| W. Other Operating Expenses (See MOR-3) | $0.00 | | $41,069.45 | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | $ 64.00 | | $ 454,518.18 | |
| 7. ENDING BALANCE (Line 4 Minus Line 6) (c) | $ 172,665.63 | (c) | $ 172,665.63 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my
best of my knowledge and belief.
This _23_ day of _Feb_, 20 _16_                    _[signature]_ CEO
                                                              (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

### MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| IHOP Trash Pickup | | $ 2,562.57 |
| Lease Security Deposit - Nexxt | | $ 5,719.72 |
| Transfer from Operating to Tax account at 5th 3rd Bank | | $ 50.00 |
| Nilhan Financial - The Venturers (ReMax Reimbursement) | | $ 8,562.66 |
| BB&T Operating Acct. - Refund monthly fees - close acct. | | $ 106.00 |
| | | |
| TOTAL OTHER RECEIPTS | $ - | $ 17,000.95 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| $ 50.00 | Nilhan Financial | Deposit for new DIP Acct. | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfer From Regions Bank to 5th 3rd Bank | | $1,767.88 |
| Transfer from Operating to Tax account at 5th 3rd Bank | | $50.00 |
| Nexxt deposit refund | | $5,719.72 |
| Dunphy Properties-Property Mgmt. Fees | | $6,750.00 |
| Terry Soifer/Consulting CFO, Inc | | $22,800.00 |
| Dunphy Properties - Commissions | | $3,981.85 |
| | | |
| TOTAL OTHER DISBURSEMENTS | $0.00 | $41,069.45 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

ATTACHMENT 1

MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Name of Debtor: | Nilhan Hospitality, LLC | Case Number: | 6:15-bk-03447-KSJ |
|---|---|---|---|
| Reporting Period beginning: | February 1, 2016 | Period ending | February 10, 2016 |

ACCOUNTS RECEIVABLE AT PETITION DATE:    $60,302.59

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | | |
|---|---|---|---|
| Beginning of Month Balance | $ | 842,610.59 | (a) |
| PLUS: Current Month New Billings | $ | 76,344.04 | |
| MINUS: Collection During the Month | $ | (55,652.51) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | | * |
| End of Month Balance | $ | 863,302.12 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
 Note: Amount shown may be overstated due to needing accounting from BB&T as tenants paid rent directly to BB&T versus the debtor

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| | | | | (c) |

Aging detail unavailable. As referenced above need detail from BB&T in order to provide accurate informaiton.

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| See Attached Listing | | |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

| Monthly Rent Roll 2/29/16: | RentCharges | Operating Expenses | RE Taxes | Sales Tax | Trash P/U | Total Due |
|---|---|---|---|---|---|---|
| Ari Sushi | $12,500.00 | $829.16 | $2,108.33 | $1,003.44 | $748.75 | $17,189.68 |
| Bonefish Grill | $11,550.00 | $1,500.00 | $1,031.25 | $915.28 | $1,493.53 | $16,490.06 |
| Carabba's Italian Grill | $13,592.29 | $1,966.67 | $1,352.08 | $1,099.22 | $998.33 | $19,008.59 |
| IHOP | $10,600.00 | $2,820.00 | $2,000.00 | $1,002.30 | $1,009.99 | $17,432.29 |
| The Shilla Spa LLC | $4,375.00 | $414.59 | $1,054.00 | $379.83 | $0.00 | $6,223.42 |
| Total Feb 2016 | $52,617.29 | $7,530.42 | $7,545.86 | $4,400.07 | $4,250.60 | $76,344.04 |

Note: Ari Sushi is offsetting rent payments against tenant improvements.
The Shilla Spa began to pay Nilhan Hospitality rather than Orlando Gateway Partners; therefore, their rent is being included above.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: <u>Nilhan Hospitality, LLC</u>    Case Number: <u>6:15-bk-03447-KSJ</u>

Reporting Period beginning: <u>February 1, 2016</u>  Period ending: <u>February 10, 2016</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description See attached | Amount $ 223,390.86 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL AMOUNT** | | | | **$ 223,390.86**  (b) |

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $192,911.11 | (a) |
| PLUS: New Indebtedness Incurred This Month | $30,543.75 | |
| MINUS: Amount Paid on Post Petition | | |
| Accounts Payable This Month | $      (64.00) | |
| PLUS/MINUS: Adjustments | | * |
| Ending Month Balance | $ 223,390.86 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| Summit Bridge National Investmen | | | 0 | $0.00 |
| | | | | |
| | | | | |
| **TOTAL** | | **$0.00**  (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page  MOR-2, Line 5N).

Nilhan Hospitality–2015
A/P Aging Summary
As of February 10, 2016

02/20/16

| | Current | 1 – 30 | 31 – 60 | 61 – 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Consulting CFO, Inc | 8,036.40 | 3,622.00 | 4,480.00 | 2,029.00 | 0.00 | 18,167.40 |
| Dunphy Properties | 0.00 | 3,981.85 | 0.00 | 0.00 | 0.00 | 3,981.85 |
| Elite Premium Finance, Inc. | 2,467.77 | 0.00 | 0.00 | 0.00 | 0.00 | 2,467.77 |
| Miller Construction Services | 0.00 | 23,727.00 | 0.00 | 0.00 | 639.27 | 24,366.27 |
| OUC-1999798405 | 4,635.41 | 0.00 | 0.00 | 0.00 | 0.00 | 4,635.41 |
| OUC-4949076291 | 218.28 | 0.00 | 0.00 | 0.00 | 0.00 | 218.28 |
| Scott Randolph, Tax Collector | 0.00 | 0.00 | 166,100.58 | 0.00 | 0.00 | 166,100.58 |
| Sutter Roofing Company of Florida | 1,415.05 | 0.00 | 0.00 | 0.00 | 0.00 | 1,415.05 |
| Wayne Automatic Fire Sprinklers, Inc | 756.25 | 0.00 | 0.00 | 0.00 | 0.00 | 756.25 |
| Wilcin Enterprises–dba PME | 1,282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,282.00 |
| TOTAL | 18,811.16 | 31,330.85 | 170,580.58 | 2,029.00 | 639.27 | 223,390.86 |

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: ___Nilhan Hospitality, LLC___    Case Number: ___6:15-bk-03447-KSJ___

Reporting Period beginning: ___February 1, 2016___   Period ending: ___February 10, 2016___

**INVENTORY REPORT**

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | _____ |
| INVENTORY RECONCILIATION: | |
| Inventory Balance at Beginning of Month | _____ |
| PLUS: Inventory Purchased During Month | _____ (a) |
| MINUS: Inventory Used or Sold | _____ |
| PLUS/MINUS: Adjustments or Write-downs | _____ * |
| Inventory on Hand at End of Month | _____ |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % | = | 100 %* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

| | |
|---|---|
| FIXED ASSETS RECONCILIATION: | |
| Fixed Asset Book Value at Beginning of Month | _____ (a)(b) |
| MINUS: Depreciation Expense | _____ |
| PLUS: New Purchases | $24,841.52 |
| PLUS/MINUS: Adjustments or Write-downs | _____ * |
| Ending Monthly Balance | _____ |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
Final payment to Miller Construction Services for build-out of vanilla shell on ReMax and adjoining space.
Paymnet includes permit fees of $1,114.52

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Nilhan Hospitality, LLC          Case Number:          6:15-bk-03447-KSJ

Reporting Period beginning:  February 1, 2016     Period ending:          February 10, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  5th 3rd Bank          BRANCH:  Holcomb Bridge Rd., Norcross, GA

ACCOUNT NAME:  Nilhan Hospitality          ACCOUNT NUMBER:  █████ 1478

PURPOSE OF ACCOUNT:          Operating

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $174,255.63 |
| Plus Total Amount of Outstanding Deposits | 0 |
| Minus Total Amount of Outstanding Checks and other debits | (1,625.00) * |
| Minus Service Charges | $0.00 |
| Ending Balance per Check Register | $172,630.63  **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

**The following disbursements were paid in Cash** (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____  Transferred to Payroll Account
_____  Transferred to Tax Account
_____  Transferred From WHMH Trust Accoutn

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Nilhan Hospitality, LLC           Case Number:    6:15-bk-03447-KSJ

Reporting Period beginning:    February 1, 2016    Period ending:    February 10, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  Wolff Hill McFarlin & Herron,    BRANCH:  Orlando, Florida

ACCOUNT NAME: Nilhan Hospitality           ACCOUNT NUMBER:  Trust Account

PURPOSE OF ACCOUNT:    Trust Account

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charges | $ | - |
| Ending Balance per Check Register | $ | - **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
(   [ ]  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| | Transferred to Payroll Account |
| | Transferred to Tax Account |
| $49,429.09 | Transferred to 5th 3rd Operating Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

NILHAN HOSPITALITY LLC  |  BUS ELITE CK (DDA)  |  ▓▓▓4478  |  Current Account: $172,630.63  |  Available: $172,630.63 ✓      Page: 1

| Src | Trace # / Seq | Serial # | Date Posted | Amount | +/- | Description |
|-----|---------------|----------|-------------|--------|-----|-------------|
| | | | 02/11/16 | $172,630.63 ✓ | | *** DAILY BALANCE *** |
| A | 72345050 | 1050 | 02/11/16 | $1,625.00 | | ELECTRONIC IMAGE |
| | | | 02/10/16 | $174,255.63 | | *** DAILY BALANCE *** |
| I | 00006990 | | 02/10/16 | $61.00 | | SERVICE CHARGE |
| A | 00418819 | | 02/10/16 | $49,429.09 | + | INCOMING WIRE TRANS 021016 |
| | | | 02/09/16 | $124,887.54 | | *** DAILY BALANCE *** |
| M | 44218292 | 1 | 02/09/16 | $6,223.42 | + | DEPOSIT |
| | | | 02/03/16 | $118,664.12 | | *** DAILY BALANCE *** |
| A | 79147525 | 1048 | 02/03/16 | $750.00 | | ELECTRONIC IMAGE |
| | | | 01/29/16 | $119,414.12 | | *** LAST STATEMENT BALANCE *** |

FIFTH THIRD BANK                                Last Statement: 01/29/16   $119,414.12                    2/19/2016 10:50:30 AM

ATTACHMENT 4A

MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  Nilhan Hospitality, LLC          Case Number:      6:15-bk-03447-KSJ

Reporting Period beginning:      February 1, 2016      Period ending:          February 10, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:  BB&T                    BRANCH:  Peachtree Pkwy., Norcross, GA

ACCOUNT NAME: Nilhan Hospitality          ACCOUNT NUMBER:      ▓▓▓▓ '464

PURPOSE OF ACCOUNT:      Operating-Account Closed

|  |  |  |
|---|---|---|
| Ending Bank Balance per Bank Statement |  - |  |
| Plus Total Amount of Outstanding Deposits |  - |  |
| Minus Total Amount of Outstanding Checks and other debits |  - | * |
| Minus Service Charges |  - |  |
| Ending Balance per Check Register |  - | **(a) |

*Debit cards are used by _____

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
(  [  ] Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

_____  Transferred to Payroll Account
_____  Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule
of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-7

Nilhan / OGP
Rent $$$ Held in Trust by WHMH
Through 02/10/2016

Nilhan Hospitality, LLC

| Date | Reference / Check No. | Deposits | Withdrawals | Paid to / Received from | Description / Purpose |
|---|---|---|---|---|---|
| 06/01/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) 024550 | rent |
| 08/01/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) 025451 | rent |
| 08/01/15 | | $ 33,006.79 | | OSI Bloomin Brands, Inc. Carrabba's 1000159478 | rent |
| 06/29/15 | | $ 73,826.85 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 07/02/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 07/31/15 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 07/31/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 08/04/15 | | | 16,370.30 | NSF rent check IHOP #27352 Nilhan Rents 12013-999 | adjustment for NSF |
| 08/06/15 | | $ 16,370.30 | | redeposit rent check 27352 IHOP Nilhan Rents 12013 | redeposit rent |
| 08/25/15 | wire | | 58,448.65 | Key Bank, KCM Payment Clearing Account/SummitBridge | Adequate protection |
| 08/26/15 | wire | | 33,000.00 | Summit Bridge National Investments IV | Adequate protection |
| 09/03/15 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 09/03/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 09/03/15 | | | 16,500.00 | Orlando Utilities Commission | Utility Deposit under 366 |
| 09/05/15 | | | 32,686.57 | Orlando Utilities Commission | Utility payment |
| 09/11/15 | | | 224.72 | Wayne Automatic Sprinklers | |
| 09/11/15 | | | 373.51 | The Hanover Group | |
| 09/11/15 | 8377 | | 1,590.00 | Vilero Environmental, LLC | |
| 09/11/15 | 8378 | | 1,637.30 | Elite Premium Finance Inc. | insurance |
| 09/11/15 | 8379 | | 200.00 | The Total Package | |
| 09/11/15 | 8380 | | 9,277.88 | Orlando Utilities Commission | |
| 09/11/15 | 8381 | | 482.00 | Wilcon Enterprises, LLC | |
| 09/14/15 | wire | | 33,000.00 | Key Bank, KCM Payment Clearing Account/SummitBridge | Adequate protection |
| 09/30/15 | 8389 | | 200.00 | The Total Package | |
| 10/05/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 10/05/15 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 10/13/15 | wire | | 33,000.00 | Summit Bridge National Investments IV | Adequate protection |
| 11/03/15 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 11/03/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 11/03/15 | Wire | | 83,452.88 | To Nilhan DIP | |
| 11/20/15 | | | 49,377.09 | To Nilhan DIP | |
| 12/01/15 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 12/02/15 | | $ 16,370.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent |
| 01/05/16 | | $ 66,013.58 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | rent-May 2015 and Jan 2016 |
| 01/08/16 | | $ 16,422.30 | | OSI Restaurant Bloomin Brands, Inc | rent |
| 01/25/16 | Wire | | 49,377.09 | To Nilhan DIP | |
| 02/01/16 | Wire | | 82,435.88 | To Nilhan DIP | |
| 02/01/16 | | $ 33,006.79 | | OSI Restaurant Bloomin Brands, Inc | Rent-Feb 2016 |
| 02/02/16 | | $ 16,422.30 | | Sunshine Restaurant Merger Sub, LLC (IHOP) | Rent-Feb 2016 |
| 02/10/16 | | | 49,429.09 | To Nilhan DIP | |
| | | $ 551,065.26 | $ 551,065.26 | | |

Balance held for Nilhan Hospitality   $ -

ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Nilhan Hospitality, LLC          Case Number:    6:15-bk-03447-KSJ

Reporting Period beginning:      February 1, 2016    Period ending:      February 10, 2016

NAME OF BANK:          5th 3rd Bank          BRANCH:      Holcomb Bridge Rd., Norcross, GA

ACCOUNT NAME:

Nilhan Hospitality

ACCOUNT NUMBER:        ▓▓▓▓1478

PURPOSE OF ACCOUNT:    Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       | See Attached | 61.00 |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $61.00 |

Nilhan Hospitality-2015
Transactions by Account
As of February 10, 2016

02/20/16

5th 3rd Operating Acct

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount |
|------|------|-----|------|------|-----|-------|-----------------|-------------|
| General Journal | 02/10/16 | Bank Fees | | Wire fee and montbl Bank Service Charges | | | -61.00 | -61.00 |

ATTACHMENT 5A

CHECK REGISTER – OPERATING ACCOUNT

Name of Debtor:   Nilhan Hospitality, LLC          Case Number:   6:15-bk-03447-KSJ

Reporting Period beginning:       February 1, 2016      Period ending:        February 10, 2016

NAME OF BANK:         Wolff Hill McFarlin & Herrc BRANCH:      Orlando, Florida

ACCOUNT NAME:

ACCOUNT NUMBER:     Nilhan Hospitality
                     Trust Account

PURPOSE OF ACCOUNT:   Trust Account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       | None    | 0.00   |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |             |       |         | $0.00  |

ATTACHMENT 5A

CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  Nilhan Hospitality, LLC          Case Number:     6:15-bk-03447-KSJ

Reporting Period beginning:      February 1, 2016    Period ending:      February 10, 2016

NAME OF BANK:          BB&T          BRANCH:     Peachtree Pkwy., Norcross, GA

ACCOUNT NAME:

Nilhan Hospitality

ACCOUNT NUMBER:        ▬▬▬'464

PURPOSE OF ACCOUNT:    Operating-Account Closed

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                          $0.00

ATTACHMENT 4B

MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:    Nilhan Hospitality, LLC _____    Case Number:    6:15-bk-03447-KSJ

Reporting Period beginning:    February 1, 2016    Period ending:    February 10, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconcilliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____    PAYROLL _____

Ending Balance per Bank Statement    _____
Plus Total Amount of Outstanding Deposits    _____
Minus Total Amount of Outstanding Checks and other debits    _____ *
Minus Service Charges    _____
Ending Balance per Check Register    _____ **(a)

**\*Debit cards must not be issued on this account.**    _____

**\*\*If Closing Balance is negative, provide explanation:**    _____
_____

The following disbursements were paid in Cash:    ( ☐ Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this acco |
|------|--------|-------|---------|----------------------------------------|
|      |        |       |         |                                        |
|      |        |       |         |                                        |
|      |        |       |         |                                        |
|      |        |       |         |                                        |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B

CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:    Nilhan Hospitality, LLC          Case Number:    6:15-bk-03447-KSJ

Reporting Period beginning:    February 1, 2016    Period ending:    February 10, 2016

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT:    PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL

ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:     Nilhan Hospitality, LLC      Case Number:     6:15-bk-03447-KSJ

Reporting Period beginning:     February 1, 2016    Period ending:     February 10, 2016

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconcilliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:     5th 3rd Bank      BRANCH:     Holcolm Bridge Rd., Norcross, GA

ACCOUNT NAME:     Nilhan Hospitality      ACCOUNT NUMBER:     ▓▓9671

PURPOSE OF ACCOUNT:     TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $35.00 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks and other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $35.00 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid by Cash:     ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

NILHAN HOSPITALITY LLC  |  BUS STANDRD CK (DDA) ▓▓▓ 9671  |  Current Account: $35.00  |  Available: $35.00                    Page: 1

| Src | Trace #/Seq | Serial # | Date Posted | Amount | +/- | Description |
|-----|-------------|----------|-------------|--------|-----|-------------|
|     |             |          | 02/10/16    | $35.00 |     | *** DAILY BALANCE *** |
| I   | 00006990    |          | 02/10/16    | $3.00  |     | SERVICE CHARGE |
|     |             |          | 01/29/16    | $38.00 |     | *** LAST STATEMENT BALANCE *** |

FIFTH THIRD BANK                          Last Statement: 01/29/16  $38.00                     2/19/2016 10:50:43 AM

ATTACHMENT 5C

**CHECK REGISTER – TAX ACCOUNT**

| | | | | |
|---|---|---|---|---|
| Name of Debtor: | Nilhan Hospitality, LLC | Case Number: | 6:15-bk-03447-KSJ | |
| Reporting Period beginning: | February 1, 2016 | Period ending: | February 10, 2016 | |
| NAME OF BANK: | 5th 3rd Bank | BRANCH: | Holcolm Bridge Rd., Norcross, GA | |
| ACCOUNT NAME: | Nilhan Hospitality | ACCOUNT NUMBER: | ▓▓▓9671 | |
| PURPOSE OF ACCOUNT: | TAX | | | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2/10/16 | | 5th 3rd Bank | Monthly service charge | $        3.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| TOTAL | (d) |

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | | (a) |
| Sales * Use Taxes Paid | | (b) |
| Other Taxes Paid | | (c) |
| Bank Charge - Included on MOR 2 Item 5 B | 3.00 | |
| TOTAL | 3.00 | (d) |

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)

(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)

(d) These two lines must be equal.

Nilhan Hospitality–2015
Transactions by Account
As of February 10, 2016

5th 3rd Escrow Acct

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount |
|------|------|-----|------|------|-----|-------|-----------------|-------------|
| General Journal | 02/10/16 | Bank Chg | | Jan 2016 Bank Svc C | | Bank Service Charges | -3.00 | -3.00 |

Total 5th 3rd Escrow Acct

02/20/16

-3.00

ATTACHMENT 4D

INVESTMENT ACCOUNTS AND PETTY CASH REPORT

INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | (a) |

PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TOTAL | | (b) | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation.

_____

_____

_____

TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)          _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 6

MONTHLY TAX REPORT

Name of Debtor:    Nilhan Hospitality, LLC          Case Number:    6:15-bk-03447-KSJ

Reporting Period beginning:    February 1, 2016    Period ending:    February 10, 2016

TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Fl. Dept of Revenue | 6/20/15 | May 2016 sales tax | $2,002.56 | | |
| Fl. Dept of Revenue | 7/20/15 | June 2016 sales tax | $8,522.93 | | |
| Fl. Dept of Revenue | 8/20/15 | July 2016 sales tax | $5,016.19 | | |
| Fl. Dept of Revenue | 2/20/16 | January 2016 Sales Tax | $6,414.57 | 1/11/16 | Dec-15 |
| | | | | | |
| | | | | | |
| TOTAL | Estimated Amount Due | | $21,956.25 | | |

Dec sales tax was paid on 1/11/16 by Orlando Gateway Partners. This is consistent with how taxes have been previously reported and paid.

MOR-14