
EXHIBIT "1"

TRUSTPOINT INTERNATIONAL

TrustPoint International

TRUSTPOINT INTERNATIONAL

FORENSICS | CONSULTING | CORPORATE DISCOVERY MANAGEMENT | AUTOMATED CODING TECHNOLOGY | FILTERING & PROCESSING | EARLY CASE MANAGEMENT | REVIEW

# CHAIN OF CUSTODY FORM

| Project #: | Client Name: | Project Name: | Unique Evidence ID #: | Date: |
|---|---|---|---|---|
| 0177 | Akerman | OG - Nilhan | 0177-001 & 0177-002 | 3-Jun-2016 |

Media Description

| Media Type: | Make/Model/Manufacturer: | Description: | Label Info.: | Collection Log Ref.: |
|---|---|---|---|---|
| Laptop | HP ProBook 6470b | Dayana Diaz's laptop | Asset: E00264694 S/N: NA | 0177-001 & 0177-002 |

Starting Location Info.:

| Date/Time: | Location: | Took Possession From: | Acquisition Method: | Authority: |
|---|---|---|---|---|
| 6/3/2016 10:00 am | Norcross, GA | Dayana Diaz | Windows Copy from VM | Chuck Thakkar |

Transfer Activity

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | 6/3/2016 10:00 AM | Date/Time: | 6/3/2016 10:00 Am | Released to copy files |
| Name: | Chuck Thakkar | Name: | John Wilson | |
| Title | Mgr DGP | Title | Director of Forensics | |
| Company: | | Company: | TrustPoint Intl | |
| Location/Address: | 5100 Peachtree Industrial Blvd Norcross GA | Location/Address: | 3200 Cobb Galleria Pkwy Suite 380 Atlanta, GA 30339 | |
| Contact Info: | 6784886987 | Contact Info: | 678-534-5672 | |
| Signature: | [signature] | Signature: | [signature] | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date: | 6/3/2016 12:00 PM | Date: | 6/3/2016 12:00 PM | Returned to Owner |
| Name: | John Wilson | Name: | Chuck Thakkar | |
| Title | Director of Forensics | Title | | |
| Company: | TrustPoint Intl | Company: | | |
| Location/Address: | 3200 Cobb Galleria Pkwy #380 Atlanta GA 30339 | Location/Address: | 5100 Peachtree Industrial Blvd Norcross GA | |
| Contact Info: | 678-534-5672 | Contact Info: | | |
| Signature: | [signature] | Signature: | [signature] | |

TRUSTPOINT INTERNATIONAL

TrustPoint International

TRUSTPOINT INTERNATIONAL

FORENSICS | CONSULTING | CORPORATE DISCOVERY MANAGEMENT | AUTOMATED CODING TECHNOLOGY | FILTERING & PROCESSING | EARLY CASE MANAGEMENT | REVIEW

# CHAIN OF CUSTODY FORM

| Project #: | Client Name: | Project Name: | Unique Evidence ID #: | Date: |
|---|---|---|---|---|
| 0177 | Akerman | OG - Nilhan | 0 | 3-Jun-2016 |

Transfer Activity

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | | Date/Time: | | |
| Name: | | Name: | | |
| Title | | Title | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments |
|---|---|---|---|---|
| Date: | | Date: | | |
| Name: | | Name: | | |
| Title | | Title | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | | Date/Time: | | |
| Name: | | Name: | | |
| Title | | Title | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date: | | Date: | | |
| Name: | | Name: | | |
| Title | | Title | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

## Folder

# 1 Evidence

**1 0177-001 (Nilhan Hospitality, LLC - Florida - QuickBooks)**

- 1.1. **Backup**
  - 1.1.1. **QBBackupTemp Wed, Aug 26 2015 12 00 51 PM**
    - 1.1.1.1.1 **Nilhan Hospitality LLC - Florida.QBW.SearchIndex**
      - 111111 SuggestionIndex
      - 111112 _0.cfs
      - 111113 _0.cfx
      - 111114 segments.gen
      - 111115 segments_2
    - 1.1.1.1.2 **QuickBooksAutoDataRecovery**
      - 111121 Nilhan Hospitality LLC - Florida.QBW.ADR
      - 111122 Nilhan Hospitality LLC - Florida.QBW.TLG.ADR
    - 1.1.1.1.3 **Nilhan Hospitality LLC - Florida.QBW**
    - 1.1.1.1.4 **Nilhan Hospitality LLC - Florida.QBW**
    - 1.1.1.1.5 **Nilhan Hospitality LLC - Florida.QBW.ND**
    - 1.1.1.1.6 **Nilhan Hospitality LLC - Florida.QBW.TLG**
- 1.1.2 **Raw**
  - 1.1.1. **Info**
  - 1.1.1. **Nilhan Hospitality LLC - Florida.QBW**
  - 1.1.1. **Nilhan Hospitality LLC - Florida.QBW**
  - 1.1.1. **Nilhan Hospitality LLC - Florida.QBW.ND**
  - 1.1.1. **Nilhan Hospitality LLC - Florida.QBW.TLG**

**2 0177-002 (Orlando Gateway Partners, LLC)**

- 1.2. **Reports**
  - 1.2.1. **Audit Trail_1606031117**
  - 1.2.1. **General Ledger (Accrual)_1606031114**
  - 1.2.1. **General Ledger_1606031113**

TRUSTPOINT INTERNATIONAL — TrustPoint International — TRUSTPOINT INTERNATIONAL

FORENSICS | CONSULTING | CORPORATE DISCOVERY MANAGEMENT | AUTOMATED CODING TECHNOLOGY | FILTERING & PROCESSING | EARLY CASE MANAGEMENT | REVIEW

# CHAIN OF CUSTODY FORM

| Project #: | Client Name: | Project Name: | Unique Evidence ID #: | Date: |
|---|---|---|---|---|
| 0177 | Akerman | OG - Nilhan | 0177-002 | 12-Aug-2016 |

Media Description

| Media Type: | Make/Model/Manufacturer: | Description: | Label Info.: | Collection Log Ref.: |
|---|---|---|---|---|
| OTHER | QuickBoook Files | QuickBook Live & Backup Files | QBBackupTemp Wed, Aug 26 2015 12 00 51 PM & Nilhan Hospitality LLC - Florida.QBW | 0177-002 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Starting Location Info.:

| Date/Time: | Location: | Took Possession From: | Acquisition Method: | Authority: |
|---|---|---|---|---|
| 8/12/2016 10:00 AM EST | 5100 Peachtree Industrial Blvd, Suite 100, Norcross, GA 30071 | Chuck Thakkar | Live Acquisition | Esther McKean |

Transfer Activity

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | 8/12/2016 10:00 AM EST | Date/Time: | 8/12/2016 10:00 AM EST | Collect and verify access to QuickBooks files. |
| Name: | Chuck Thakkar | Name: | John Wilson | |
| Title | President | Title | Direcotr of Forensics | |
| Company: | DCT Systems Group | Company: | TrustPoint International | |
| Location/Address: | 5100 Peachtree Industrial Blvd, Suite 100, Norcross, GA 30071 | Location/Address: | 3200 Cobb Galleria Pkwy, Suite 200 | |
| Contact Info: | 678-488-6987 | Contact Info: | 678-534-5672 | |
| Signature: | [signature] | Signature | [signature] | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date: | | Date: | | |
| Name: | | Name: | | |
| Title | | Title | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature | | |

TRUSTPOINT INTERNATIONAL

**TrustPoint International**

TRUSTPOINT INTERNATIONAL

FORENSICS | CONSULTING | CORPORATE DISCOVERY MANAGEMENT | AUTOMATED CODING TECHNOLOGY | FILTERING & PROCESSING | EARLY CASE MANAGEMENT | REVIEW

# CHAIN OF CUSTODY FORM

| Project #: | Client Name: | Project Name: | Unique Evidence ID #: | Date: |
|---|---|---|---|---|
| 0177 | Akerman | OG - Nilhan | 0177-002 | 12-Aug-2016 |

Transfer Activity

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | | Date/Time: | | |
| Name: | | Name: | | |
| Title: | | Title: | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date: | | Date: | | |
| Name: | | Name: | | |
| Title: | | Title: | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date/Time: | | Date/Time: | | |
| Name: | | Name: | | |
| Title: | | Title: | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

| Released From: | | Released To: | | Purpose/Comments: |
|---|---|---|---|---|
| Date: | | Date: | | |
| Name: | | Name: | | |
| Title: | | Title: | | |
| Company: | | Company: | | |
| Location/Address: | | Location/Address: | | |
| Contact Info: | | Contact Info: | | |
| Signature: | | Signature: | | |

TRUSTPOINT INTERNATIONAL

**TrustPoint International**

TRUSTPOINT INTERNATIONAL

FORENSICS | CONSULTING | CORPORATE DISCOVERY MANAGEMENT | AUTOMATED CODING TECHNOLOGY | FILTERING & PROCESSING | EARLY CASE MANAGEMENT | REVIEW

# CHAIN OF CUSTODY FORM

| Project #: | Client Name: | Project Name: | Unique Evidence ID #: | Date: |
|---|---|---|---|---|
| 0177 | Akerman | OG - Nilhan | 0177-002 | 12-Aug-2016 |

**Final Disposition**

| Date/time: | Disposition: | Reason: |
|---|---|---|
| | ☐ - Destroy | |
| | ☐ - Return To Owner | |
| | ☐ - Other | |

**Final Disposition Authority**

EVIDENCE ID(S) ______ ON THIS DOCUMENT INVOLVING:

______ (Client) ______ (Matter) ______ (Job) (IS)(ARE) NO LONGER

REQUIRED AS EVIDENCE AND MAY BE DISPOSED OF AS INDICATED ABOVE. (If articles must be retained do not sign and explain in notes.)

______ (Typed/Printed Name, Title, Organization) ______ (Signature) ______ (Date)

**Witness to Final Disposition of Evidence**

THE ARTICLE(S) LISTED AS EVIDENCE ID(S) ______ (WAS) (WERE)

DESTROYED BY THE EVIDENCE CUSTODIAN IN MY PRESENCE, ON THE DATE INDICATED ABOVE.

______ (Typed/Printed Name, Title, Organization) ______ (Signature) ______ (Date)

**Notes:**