

*EXHIBIT "2"*

**Stephen J. Padula**

| | |
|---|---|
| **From:** | Chuck Thakkar <cthakkar@dctsystems.net> |
| **Sent:** | Tuesday, September 06, 2016 8:10 PM |
| **To:** | Stephen J. Padula |
| **Subject:** | FW: PASSWORD ISSUE |

**From:** Chuck Thakkar [mailto:cthakkar@dctsystems.net]
**Sent:** Friday, August 12, 2016 5:19 PM
**To:** jwilson@trustpointintl.com
**Cc:** esther.mckean@akerman.com; Emerson Noble <nemerson@epiqtrustee.com>; Frank Wolff <fwolff@fmwpa.com>
**Subject:** PASSWORD ISSUE

Appreciate you coming over to our  office and confirmed the following.

The backup you did on June 3 allowed you to prepare financials.
The only item you did not have was a folder which was for a specific backup .
This backup was one of hundreds of folders in Quickbooks if not thousands.
Without the detail you furnished in August-the screen shot it is not possible to determine which backup you were not able to open.
After visit today you have confirmed that you have access to all data and have all passwords you need to open not only what you had earlier but the single backup folder you need to confirm for forensic purposes.

If I have inaccurately stated what I understood from our meeting prior to leaving, please respond.

I am glad this issue is behind us .



**Chittranjan (Chuck) Thakkar**
DCT Systems Group
President
5100 Peachtree Industrial Blvd
Suite 100
Norcross, GA 30071
Mobile: 678.488.6987
Fax: 770.206.2246
CThakkar@dctsystems.net

1