

*EXHIBIT "3"*

# EXHIBIT 2

## INDEX OF FOUR BOXES OF DOCUMENTS PRODUCED BY DEBTORS
## IN NORCROSS GEORGIA ON JULY 22, 2016

**Box 1**

- Liberty Universal Management, Inc. property management solicitation folder
- Colliers International spiral comb folder as to International Drive & World Center Parkway property ("International Drive Extension")
- Notebook – 4 inches labeled "OGP Cuhaci Architect"
  - AIA Document B151-1997 between Steven Smith Orlando Gateway Partners, LLC and Cuchaci & Peterson
  - March 13, 2009 letter from Cuhaci & Peterson to Steve Smith with Southeast Investment Properties
  - Architect's Supplement Authorization No: 1 – 4
  - Floor Plans
  - October 29, 2008 letter from H. Carleton Godsey Associates Architects to Danny Foster
  - October 27, 2088 memo from The Roberts Group, PSC to Darren McKinnon re shell drawings
  - shell drawings
  - November 17, 2008 letter from OSI Restaurant Partners to Orlando Gateway Partners
  - Statement of Account as to site analysis, development and design
  - Summary of Invoices from Cuhaci Peterson
  - Statement of Account as to site analysis, development and design
  - Cuchaci & Peterson invoices with summary of open invoices
  - Drawing of shopping plaza
  - Conceptual drawing
  - Utility Drawing
  - Cuhaci & Peterson invoices from 10/31/2008 – 4/2009
  - Cuhaci & Peterson 11/30/2008 invoice with invoice from The Print Shop and, Letter of Transmittal and Job Separator Sheet
  - Cuhaci & Peterson 10/31/2008 invoice with two invoices from The Print Shop and Job Separator Sheet
  - Cuhaci & Peterson 12/31/2008 invoice with invoice from The Print Shop, Letter of Transmittal and Job Separator Sheet
  - Cuhaci & Peterson 1/23/2009 invoice with two invoices from The Print Shop, Letter of Transmittal and Job Separator Sheet
  - Cuhaci & Peterson 2/28/09 invoice with two Letters of Transmittal and Job Separator Sheet
  - Spreadsheet of Cuhaci & Peterson, Architects and Engineer Open Invoices 1/11/10
  - Cuhaci & Peterson 11/30/2009 invoice with job number report
  - Cuhaci & Peterson Summary by Department and Carrier Report   7/1/2009 – 7/31/2009
  - Cuhaci & Peterson 6/30/09 invoice with job number report
  - Cuhaci & Peterson Summary by Department and Carrier Report

{38852884;2}

- o Cuhaci & Peterson 4/30/09 Invoice with job number report
- o Cuhaci & Peterson 3/31/09 invoice with job number report
- o Cuhaci & Peterson 2/28/09 invoice
- o Cuhaci & Peterson Summary by department and Carrier Report 12/1/08 to 12/31/08
- o Cuhaci & Peterson invoice 12/31/08
- o Architect's Supplemental Authorization No. 1
- o Cuhaci & Peterson invoice 12/31/09
- o Cuhaci & Peterson invoice 2/28/10 with Cuhaci & Peterson reimbursable vouchers and job number report
- o Cuhaci & Peterson invoice 1/31/10
- o Cuhaci & Peterson invoice 2/28/10 with Cuhaci & Peterson reimbursable vouchers and job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 1/1/10 to 1/31/10
- o Worldwide Express delivery detail
- o Speedy Courier Services details on deliveries
- o Cuhaci & Peterson 1/31/10 invoices with reimbursable voucher and job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 12/1/2009 to 12/31/09
- o Worldwide Express delivery detail
- o Cuhaci & Peterson invoices 12/31/09 with reimbursable voucher and Worldwide Express summary of charges
- o Cuhaci & Peterson Summary by Department and Carrier Report 10/1/09 to 11/30/09
- o Cuhaci & Peterson 11/30/09 invoices with reimbursable vouchers, job number report and Worldwide Express summary of charges
- o Cuhaci & Peterson 10/31/09 invoice
- o Architect's Supplemental Authorization No. 7
- o Cuhaci & Peterson 10/31/09 invoices with job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 8/1/09 to 8/31/09
- o Speedy Courtier detail as of 10/22/09
- o Cuhaci & Peterson Summary by Department and Carrier Report as of 9/1/09 to 9/30/09
- o Cuhaci & Peterson 9/30/09 invoices
- o Cuhaci & Peterson 8/31/09 invoice with job number report and Federal Express back-up
- o Cuhaci & Peterson 7/31/09 invoices with Federal Express back-up
- o Cuhaci & Peterson Summary by Department and Carrier Report dated 6/1/09 to 6/30/09
- o Cuhaci & Peterson two invoices 5/31/09 with job number report
- o Cuhaci & Peterson invoice 4/30/09 with job number report, Federal Express invoice summary and ticket entry reports
- o Cuhaci & Peterson Summary by Department and Carrier Report 3/1/09 to 3/31/09
- o Cuhaci & Peterson invoice 4/24/09

- o Cuhaci & Peterson invoice 2/28/09 with job number report, Federal Express Invoice summary
- o Cuhaci & Peterson Summary by Department and Carrier Report 1/1/09 to 1/31/09
- o Cuhaci & Peterson two invoices 1/31/09
- o Architect's Supplemental Authorization No. 3 dated 1/5/09
- o Architect's Supplemental Authorization No. 4 dated 1/13/09
- o Drawing of inside of restaurant
- o Cuhaci & Peterson invoice 1/31/09 with reimbursable voucher, two invoices from The Print Shop and ticket entry back-up
- o Cuhaci & Peterson Summary by Department and Carrier Report 12/1/08 to 12/31/08
- o Summary Activity – 1/12/09
- o Cuhaci & Peterson two invoices 12/31/08
- o Architect's Supplemental Authorization No. 1 dated 11/21/08
- o Architect's Supplemental Authorization No. 2 dated 6/24/08
- o Cuhaci & Peterson invoice 12/31/08 with four invoices from the Print Shop, Federal Express invoice summary and ticket entry summary
- o Cuhaci & Peterson Summary by Department and Carrier Report 11/1/08 to 11/30/08
- o Summary Activity 12/8/08
- o Cuhaci & Peterson invoice 11/30/08 with six invoices from The Print Shop, Federal Express invoice summary and ticket entry summary
- o Cuhaci & Peterson Summary by Department and Carrier Report dated 10/1/08 to 10/31/08
- o Cuhaci & Peterson invoice 10/31/08 with six invoices from The Print Shop, Federal Express invoice summary and ticket entry summary
- o Cuhaci & Peterson Summary by Department and Carrier Report 7/1/08 to 7/31/08
- o Cuhaci & Peterson invoice 9/30/08
- o Cuhaci & Peterson invoice 7/31/08
- o Cuhaci & Peterson invoice 11/30/09 with job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 7/1/09 to 7/31/09
- o Cuhaci & Peterson invoice 6/30/09 with job number report, ticket entry summary
- o Cuhaci & Peterson Summary by Department and Carrier Report 5/1/09 to 5/31/09
- o Cuhaci & Peterson Summary by Department and Carrier Report 4/1/09 to 4/30/09
- o Cuhaci & Peterson invoice 4/30/09 with job number report
- o Cuhaci & Peterson Summary by Department and carrier Report 3/1/09 – 3/31/09
- o Cuhaci & Peterson two invoices 3/31/09 with job number report, Federal Express invoice summary
- o Cuhaci & Peterson two invoices 2/28/09
- o Cuhaci & Peterson Summary by Departement and Carrier Report 12/1/08 – 12/31/08
- o Cuhaci & Peterson two invoices 12/31/08
- o Architect's Supplemental Authorization No. 1 dated 12/31/08
- o Cuhaci & Peterson invoice 12/31/09
- o Cuhaci & Peterson invoice 2/28/10 with two reimbursable vouchers, job number report

o Cuhaci & Peterson invoice 1/31/10
o Cuhaci & Peterson two invoices 2/28/10 with two reimbursable vouchers and job number reports
o Cuhaci & Peterson Summary by Department and Carrier Report 1/1/10 to 1/31/10
o Worldwide Express summary of shipments with speedy courier invoice charge summaries
o Cuhaci & Peterson 3 invoices 1/31/10 with 2 reimbursable vouchers and job number report
o Cuhaci & Peterson Summary by Department and Carrier Report 12/1/09 – 12/31/09
o Worldwide Express summary of shipments
o Cuhaci & Peterson 2 invoices 12/31/09 with reimbursable voucher, Worldwide Express summary of shipments
o Cuhaci & Peterson Summary by Department and Carrier Report 10/1/09 – 11/30/09
o Cuhaci & Peterson 2 invoices 11/30/09 with 2 reimbursable vouchers, job number report and Worldwide Express summary of shipments
o Cuhaci & Peterson invoice 10/31/09
o Architect's Supplemental Authorization No. 7 dated 10/20/09
o Cuhaci & Peterson 2 invoices 10/31/09 with job number report
o Cuhaci & Peterson Summary by Department and Carrier Report 8/1/09 – 8/31/09
o Ticket Entry summary with Speedy Courier Service e-mail
o Cuhaci & Peterson Summary by Department and Carrier Report 9/1/09 – 9/30/09
o Cuhaci & Peterson 2 invoices 9/30/09
o Cuhaci & Peterson invoice 8/31/09 with job number report, Federal Express invoice summary
o Cuhaci & Peterson 2 invoices 7/31/09 with Federal Express invoice summary
o Cuhaci & Peterson Summary by Department and Carrier Report 6/1/09 – 6/30/09
o Cuhaci & Peterson 2 invoices 5/31/09 with job number report
o Cuhaci & Peterson invoice 4/30/09 with job number report, Federal Express invoice summary, ticket entry report
o Cuhaci & Peterson Summary by Department and Carrier Report 3/1/09 – 3/31/09
o Cuhaci & Peterson credit memo 4/24/09
o Cuhaci & Peterson invoice 2/28/09 with job number report, Federal Express invoice summary
o Cuhaci & Peterson Summary by Department and Carrier Report 1/1/09 – 1/31/09
o Cuhaci & Peterson 2 invoices 1/31/09
o Architect's Supplemental Authorization No. 3 dated 1/5/09
o Architect's Supplemental Authorization No. 4 dated 1/13/09 with drawing
o Cuhaci & Peterson invoice 1/31/09 with reimbursable voucher, The Print Shop 2 invoices and ticket entry summary
o Cuhaci & Peterson Summary by Department and Carrier Report 12/1/08 – 12/31/08
o Summary Activity 1/12/09
o Cuhaci & Peterson 2 invoices 12/31/08
o Architect's Supplemental Authorization No. 1 dated 11/21/08

o   Architect's Supplemental Authorization No. 2 dated 11/21/08
o   Cuhaci & Peterson invoice 12/31/08 with 4 of The Print Shop invoices, Federal Express invoice summary, ticket entry summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 11/1/08 to 11/30/08
o   Summary Activity
o   Cuhaci & Peterson invoice 11/30/08, with 6 of The Print Shop invoices, Federal Express invoice summary, and Ticket Entry summaries
o   Cuhaci & Peterson Summary Department and Carrier Report 10/1/08 – 10/31/08
o   Cuhaci & Peterson invoice 10/31/08 with 6 of The Print Shop invoices, Federal Express invoice summary, ticket entry summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 7/1/08 – 7/31/08
o   Cuhaci & Peterson Summary by Department and Carrier Report 9/1/08 – 9/30/08
o   Cuhaci & Peterson invoice 9/30/08
o   Cuhaci & Peterson invoice 7/31/08
o   Cuhaci & Peterson Open Invoices as of 4/31/10
o   Cuhaci & Peterson invoice 1/31/10
o   Cuhaci & Peterson letter to Orlando Gateway Partners 1/5/10 with exhibits A - C
o   Cuhaci & Peterson invoice 12/31/08
o   Cuhaci & Peterson letter (revised from 11/21/08) to Good capital Group
o   Cuhaci & Peterson invoice 10/31/08, with The Print Shop 6 invoices, Federal Express invoice summary, ticket entry summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 7/1/08 – 7/31/08
o   Cuhaci & Peterson Summary by Department and Carrier Report 9/1/08 – 9/30/08
o   Cuhaci & Peterson invoice 12/31/08, with 4 of The Print Shop invoices, Federal Express invoice summary, ticket entry summary
o   Cuhaci & Peterson Statement by Department and Carrier Report 11/1/08 – 11/30/08
o   Summary Activity
o   Cuhaci & Peterson invoice 12/31/08
o   Architect's Supplemental Authorization No. 1 dated 11/21/08
o   Architect's Supplemental Authorization No. 2 dated 11/21/08
o   Cuhaci & Peterson invoice 1/31/09 with reimbursable voucher, 2 invoices from the Print Shop, ticket entry summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 12/1/08 – 12/31/08
o   Summary Activity
o   Cuhaci & Peterson invoice 2/28/09 with job number report, Federal Express invoice summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 1/1/09 – 1/31/09
o   Cuhaci & Peterson invoice 4/24/09
o   Cuhaci & Peterson invoice 4/30/09 with job number report, Federal Express invoice summary, ticket entry summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 3/1/09 – 3/31/09
o   Cuhaci & Peterson invoice 7/31/09 with Federal Express invoice summary
o   Cuhaci & Peterson Summary by Department and Carrier Report 6/1/09 – 6/30/09

{38852884;2}

- o  Cuhaci & Peterson Summary by Department and Carrier Report 5/1/09 – 5/31/09
- o  Cuhaci & Peterson invoice 10/31/09
- o  Architect's Supplemental Authorization No. 7 dated 10/20/09
- o  Cuhaci & Peterson invoice 1/31/10
- o  Cuhaci & Peterson invoice 2/28/10 with 2 reimbursable vouchers and job number report
- o  Cuhaci & Peterson Summary by Department and Carrier Report 1/1/10 – 1/31/10
- o  Worldwide Express summary of charges
- o  Speedy Courier Service shipping summary
- o  Worldwide Express summary of shipping charges
- o  Cuhaci & Peterson invoice 2/28/10
- o  Cuhaci & Peterson invoice 11/30/09 with job number report
- o  Cuhaci & Peterson Summary by Department and Carrier Report 7/1/09 – 7/31/09
- o  Cuhaci & Peterson Open Invoices spreadsheet
- o  Cuhaci & Peterson invoice 1/31/10
- o  Cuhaci & Peterson letter dated 1/5/10 with Exhibit's A – C
- o  Cuhaci & Peterson invoice 12/31/08
- o  Cuhaci & Peterson letter 10/9/08 to Good Capital Group
- o  Cuhaci & Peterson invoice 10/31/08 with six invoices from The Print Shop, Federal Express summary of invoices, ticket entry summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 7/1/08 – 7/31/08
- o  Cuhaci & Peterson Summary by Department and Carrier Report 9/1/08 – 9/30/08
- o  Cuhaci & Peterson invoice 12/31/08 with four The Print Shop invoices, Federal Express invoice summary, ticket entry summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 11/1/08 – 11/30/08
- o  Summary Activity
- o  Cuhaci & Peterson invoice 12/31/08
- o  Architect's Supplemental Authorization No. 1 dated 11/21/08
- o  Architect's Supplemental Authorization No. 2 dated 11/21/08
- o  Cuhaci & Peterson invoice 1/31/09 with reimbursement voucher, two invoices from The Print Shop, ticket entry summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 12/1/08 – 12/31/08
- o  Summary Activity
- o  Cuhaci & Peterson invoice 2/28/09 with job number report, Federal Express invoice summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 1/1/09 – 1/31/09
- o  Cuhaci & Peterson credit memo 4/24/09
- o  Cuhaci & Peterson invoice 4/30/09 with job number report, Federal Express invoice summary, ticket entry summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 3/1/09 – 3/31/09
- o  Cuhaci & Peterson invoice 7/31/09 with Federal Express invoice summary
- o  Cuhaci & Peterson Summary by Department and Carrier Report 6/1/09 – 6/30/09
- o  Cuhaci & Peterson Summary by Department and Carrier Report 5/1/09 – 5/31/09
- o  Cuhaci & Peterson invoice 10/31/09

- o Architect's Supplemental Authorization No. 7 dated 10/20/09
- o Cuhaci & Peterson invoice 1/31/10
- o Cuhaci & Peterson invoice 2/28/10 with two reimbursable vouchers, job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 1/1/10 – 1/31/10
- o Worldwide Express summary of shipments
- o Speedy Courier Service summary of deliveries / charges
- o Worldwide Express summary of shipments
- o Cuhaci & Peterson invoice 2/28/10
- o Cuhaci & Peterson invoice 11/30/09 with job number report
- o Cuhaci & Peterson Summary by Department and Carrier Report 7/1/09 – 7/31/09
- o Base Contract Phase I – Invoice #s, Amounts, Paid and Outstanding spreadsheet
- o Invoicing through February 2010
- o Cuhaci & Peterson Statement of Account 4/13/10
- o Ordner Construction Dumpster Enclosures
- o IES Commercial Quote 4/14/10
- o IES Commercial Quote 4/13/10
- o IES Commercial Quote 4/14/10
- o IES Commercial Quote 4/14/10
- o IES Commercial Quote 4/14/10
- o IES Commercial Quote 12/2/09
- o IES Commercial Quote 2/5/10
- o Ordner Proposal for Bone Fish Changes 12/23/09
- o Ordner Proposal for Two Dumpster Enclosures 12/7/09

- Notebook – "Orlando Gateway Draws" (2008/2009 timeframe)
  - o Draw 8A – with docs of back-up of expenses
  - o Draw 7A – with docs of back-up of expenses
  - o Draw 5 – with docs of back-up of expenses
  - o Draw 6A – with docs of back-up of expenses
  - o Draw 4 – with docs of back-up of expenses
  - o Draw 3 – with docs of back-up of expenses
  - o Draw 1 – with docs of back-up of expenses
    [Note: some back-up expense documents includes invoices from Shutts & Bowen and Gray Robinson]
- Binder comb  - "Financing Request – Orlando Gateway Village" Presented by Orlando Gateway Partners, LLC
- Folder labeled – "OGP Budgets 2008 and 2009"
  - o Budget Analysis / Potential – handwritten "thru Draw 9"
    - revised 8/8/08, revised 4/24/09
  - o Spreadsheet Orlando Gateway Draw Request - #9 (2009 timeframe)
  - o Spreadsheet of lease, sales and land revenue (2008 – 2009)
  - o Project Budget dated 6/16/2009
  - o Cash Flow & Distribution Pro-forma
  - o Drawing with handwriting as to Parcels C, D and E

- o Budget Analysis / Worst Case (handwritten "DDAY")
  - ▪ revised 8/8/08, revised 4/24/09
- o Spreadsheet of lease, sales and land revenue (2008 – 2009)
- o Budget Analysis / Conservative (handwritten "DDAY")
  - ▪ revised 8/8/08, revised 4/24/09
- o Spreadsheet of lease, sales and land revenue (2008 – 2009)
- o Cash Flow & Distribution (Monthly) 2/28/2008
- o Retail Budget, Draw #2, Closing Date 3/27/09
- o Summary of Assumptions – Retail 4/20/09
- o Scott Development Services, Inc., bid recap information for Building #3, Bid Date 1/8/2009
- o Summary of Assumptions – Retail – 4/20/09
- o Construction Budget (Draw 13 – 24)
- o Spreadsheet re Acquisition Budget and Draw 2 – 14
- o Spreadsheet of Capital Needs (11/17/08)
- Folder – "OGP Bids and Budget related documents"
  - o January 22, 2009 invoices from The Briar Company, LLC
  - o Daly [sic] Design Analysis dated 3/6/09 with Contractual Commitments
  - o Longhorn – Sitework Costs
  - o Redline letter with handwritten edits from Darden Restaurants to David Gabbai with The Shopping Center Group dated 1/21/09 re "Proposed Longhorn Steakhouse"
  - o E-mail dated 4/7/09 from Julie Freire to Garry Furrow, Kim McClure and Steve LaMontagne re Loan Reduction Payments for Orlando Gateway
  - o Contingency spreadsheet dated 4/9/09
  - o Agenda "Smith / Thakkar Meeting dated Wednesday, October 7, 2009" with handwritten notes
  - o Listing of costs for storm, water, paving and administration with handwritten totals
  - o 7/28/10 e-mail from DCT Group, Thakkar and City of Orlando to Jim Burnett with City of Orlando
  - o Spreadsheet as of 12/31/2008 of trial balance
  - o Orlando Gateway Partners Adjusting Journal Entries Report as of 12/31/08
  - o Memo dated August 6, 2008 as to status, current development issues, budget and financial issues and marketing
  - o E-mail chain dated 3/17/10 re Orlando Gateway Building 3 between Cuhaci and Ordner Construction Company
  - o E-mail chain dated 12/8/09 re Vent Pipes for Bonefish Grease Traps
  - o Spreadsheet of Capital Needs as of 8/8/08 and 1/7/09
- Folder "Bonefish Grill, LLC Lease Agreement September 17, 2008 and Escrow Agreement May 31, 2009"
  - o 3/19/10 letter from OSI Restaurant Partners to Debtors re lease dated 9/17/08
  - o 6/23//10 letter from OSI Restaurant Partners to Nilhan Hospitality, LLC re lease dated 9/17/08 enclosing change order #2 along with back-up documentation
  - o 5/27/10 letter from OSI Restaurant Partners to Nilhan Hospitality re 9/17/08 lease and enclosing Amendment to Escrow Agreement

{38852884;2}                                        8

- o 4/28/10 letter from OSI Restaurant Partners to Stewart Title Guaranty Company re Escrow Agreement dated 5/31/09 enclosing 4/8/10 letter
  - o 4/12/10 letter from TWT Construction to OSI, Inc. re certifying construction 90% complete with support documentation
  - o 3/19/10 letter from OSI Restaurant Partners to Nilhan Hospitality re lease dated 9/17/08 enclosing Third Amendment to Lease
  - o 4/8/10 letter from OSI Restaurant to Stewart Title Guaranty Company re Escrow Agreement dated May 31, 2009 requesting payment and enclosing certification from Tenant's contractor and lien waivers
  - o Landlord Obligation Summary as of 9/19/08 between Orlando gateway Partners and Bonefish Grill

- Notebook - "Orlando Gateway Original Closings – Sunnyside Investments N.V."
  - o Contract for Sale and Purchase of Real Estate dated 3/24/07 b/t Sunnyside Investments and Semorran [sic] Centre, LLC with exhibits
  - o Purchase and Sale Agreement dated 6/7/07 b/t Chavez Group Investments, LLC and Orlando Gateway, LLC with exhibits and First Amendment to Purchase and Sale Agreement dated 8/21/07
  - o Purchase and Sale Agreement dated 6/29/07 b/t McKibbon Hotel Group, Inc. and Orlando Gateway, LLC
  - o Agreement for Sale and Purchase not dated b/t Orlando Gateway Partners, LLC and Contravest, Inc. with text box indicating a Blacklined Draft as of 10/23/07
  - o Clear Channel letter dated 10/2/07 to J. Williard with Shutts & Bowen enclosing property sketches
  - o Loan Closing Statement between Georgian Bank and Orlando Gateway Partners dated 11/14/07 and Proposed Summary of Terms and Conditions dated 10/16/07
  - o Buyer's Real Estate Closing Statement dated 11/14/07 b/t Sunnyside Investment and Orlando Gateway Partners with exhibits and wire instructions (two versions of closing statement)
  - o Real Estate Closing Statement date 11/14/07 b/t Orlando Gateway Partners and MHG Orlando Gateway HIS, LP with exhibit and wire instruction
  - o Real Estate Closing Statement dated 11/14/07 b/t Orlando Gateway Partners and MHG Orlando Gateway HWS with exhibit and wire instruction
  - o Real Estate Closing Statement dated 11/14/07 b/t Orlando Gateway Partners and CP Orlando Gateway-Richmond, CO Orlando Gateway-Dallas and CO Orlando Gateway Development with exhibits and wire instructions

- Notebook – "Bank of America / Nilhan Loan in Process Loan Draw"
  - o November 16, 2009 letter from The Briar team to Robbins Development Partners re Orlando Gateway
  - o Nodarse Invoice dated 3/19/09
  - o 10/8/09 letter from OUC to Orlando Gateway Partners
  - o 12/22/09 letter from OUC to Robbins Development Partners
  - o IRE Capital 12/21/09 invoice
  - o IRE Capital 12/21/09 memo
  - o Leading Edge Land Services 10/5/09 invoice
  - o 7/30/09 letter from Leading Edge Land Services to Robbins Development

9

{38852884;2}

- Draw Request #15 – Orlando Gateway
- Dobson's Woods & Water Change Order Form #5 and #6, Well Completion Report
- The Briar Team Waiver and Release of Lien Upon Progress Payment dated 1/8/10
- Gopher Utilities Waiver and Release of Lien dated 1/4/10
- Conrad Yelvington Dist. Inc. Waiver and Release of Lien dated 1/7/10
- conditional Partial Waiver and Release of Lien by Dobson's Woods & Water dated 1/5/10
- Leading Edge land Services Proposal / Agreement dated 1/6/10
- 12/9/09 letter from Cuhaci & Peterson to Orlando Gateway Partners
- 1/5/10 letter from Cuhaci & Peterson to Orlando Gateway Partners with exhibits
- Release and Waiver of Lien from Ordner Construction Company, Inc. dated 1/7/10 with attached additional release and waivers of lien regarding Pay App #2
- Application and Certificate for Payment by The Briar Patch period 9/30/09
- Application and Certificate for Payment by The Briar Patch period 10/31/09
- Application and Certificate for Payment by The Briar Patch period 11/30/09
- Application and Certificate for Payment by The Briar Patch period 12/31/09
- Kissimmee Construction Management Invoice 1058
- Power of Attorney and Declration of Representative (Niloy Rohan LLC → Hari Garwhal) dated 1/13/10
- Haven Lincoln Road, LLC – 5 year P&L
- Haven Lincoln Road, LLC Forecasted Statement of Assets, Liabilities, Equity
- Haven Lincoln Road, LLC Forecasted Statements of Cash Flows
- Spreadsheet of key assumptions dinner and bar sales with working budget
- Total Site Development Request for Change Order dated 12/23/09 with three Waiver and Partial Release of Lien by Jayco Signs
- 1/19/10 e-mail from J. Norton to S. Hundley and N. Thakkar re Orlando Gateway Draw 1 part 6 of 6
- 1/19/10 e-mail from J. Norton to S. Hundley and N. Thakkar re Orlando Gateway Draw 1 part 5 of 6
- Orlando Gateway Exhibit A – Development Budget 1/20/09
- Instructions for Servicing Request with BB&T blank forms
- 2/13/09 letter from from BB&T to Chuck Thakkar with exhibits including an Agreement re Extension of Loan Commitment
- Constructions Draw Request Log, Request No. 3 with Application and certificate of Payment and back-up invoices
- Cuhaci & Peterson spreadsheet of Open Invoices as of 4/13/10
- 4 pages of Statement of Account from Shutts & Bowen 4/9/10
- Daly Design Invoice 3/26/10
- Daly Design Invoice 3/26/10
- Environmental Consulting & Technology invoice 3/30/10
- 4/1/10 letter from Environmental Consulting & Technology to Scott Hundley re invoice
- AT&T invoice to Orlando Gateway 4/1/10
- OUC letter to Orlando Gateway Partners dated 4/14/10
- OUC invoice to Nilhan Hospitality dated 4/1/10

    o  Teco invoice to DCT Systems dated 4/28/10
    o  Daly Design 4/22/10 transmittal with Pay Application # 4 and 5

**Box 2**

- Folder – "AT&T Orlando Gateway 2013"  AT&T bills and check payments.  Orlando Gateway Property Owners Association, 2013. (Listed by Check Date)
  - January 11, 2013.
  - February 19, 2013.
  - March 15, 2013.
  - April 8, 2013.
  - May 10, 2013.
  - June 11, 2013.
  - July 11, 2013.
  - August 6, 2013.
  - September 16, 2013.
  - October 21, 2013
  - November 13, 2013
  - December 18, 2013

- Folder – "Bloomin Brands Orlando Gateway 2013"
  - Single correspondence and attachments with Bloomin Brands, Inc. December 18, 2013 regarding common area maintenance.

- Folder – "BB&T OG POA 2013"
  - Overdraft notice from BB&T to Orlando Gateway Property Owners Association on May 7, 2013 and December 17, 2013

- Folder – "Carraba's Orlando Gateway 2013 "
  - Correspondence in November 2013 regarding Carrabbas and tenant improvement allowance in accordance with an escrow agreement\

- Folder – "Certificate of Liability Insurance , Orlando Gateway 2013"
  - Certificate of liability insurance for Orlando Gateway Partners, LLC July 2013.

- Folder – "Chaci & Peterson Architects LLC"
  - Statements and payment from Chuaci & Peterson for architectural work to Orlando Gateway Partners, LLC for August 29, 2013.
  - August 29, 2013 e-mail chain involving Niloy Thakkar, R. Mahmood, Betsy Englert, C Thakkar, Steven Blevins, James Downs, Travis Hollifield re Orlando Gateway Statement of Account
  - Chuaci & Peterson , credit card authorization form
  - August 29, 2013 e-mail chain involving Betsy Englert, C Thakkar, Steven Blevins, Travis Hollifield, James Downs, R. Mahmood, Niloy Thakkar, re Orlando Gateway Statement of Account

{38852884;2}

- o    May 31, 2013 invoice (2013 – 1414) and supporting documents.
- o    May 31, 2013 invoice (2013 – 1415)
- o    June 30, 2013 invoice (2013 – 1689)
- o    June 30, 2013 invoice (2013 – 1691) and supporting documents.
- o    August 29, 2013 invoice (2013 – 2220)
- o    August 29, 2013 invoice (2013 – 2221) and supporting documents

- Folder – "Clean Sweep of Orlando. Orlando Gateway 2013. Clean Sweep of Orlando Inc. Bills and payments to and from Orlando Gateway Property Owners Association for 2013. (Listed by Check Date)
  - o    January 11, 2013.
  - o    Certificate of liability insurance. Dated January 8, 2013. Insured – Clean Sweep of Orlando Inc.
  - o    February 5, 2013
  - o    Certificate of liability insurance. Dated February 28, 2013. Insured – Clean Sweep of Orlando Inc.
  - o    March 5, 2013.
  - o    April 8, 2013.
  - o    May 9, 2013.
  - o    June 11, 2013.
  - o    July 11, 2013.
  - o    August 6, 2013.
  - o    September 10, 2013.
  - o    October 21, 2013.
  - o    November 21, 2013.
  - o    December 6, 2013.

  - o    Invoice from Wayne Automatic Fire Sprinklers, Inc. dated November 25, 2013, along with e-mail chain regarding same.

- Folder – "Dewey Painting Company, Inc. Orlando Gateway 2013"
  - o    Bill and payment to and from Orlando Gateway Property Owners Association June 2013

- Folder – "Dunphy Properties. Orlando Gateway 2013." Dunphy Properties bills and payments to and from Orlando Gateway Property Owners Association for 2013: (Listed by Check Date).
  - o    January 25, 2013.
  - o    February 28, 2013.
  - o    March 29, 2013.
  - o    April 30, 2013.
  - o    May 30, 2013.
  - o    June 28, 2013.
  - o    July 26, 2013.
  - o    August 29, 2013.
  - o    September 30, 2013.

- o November 1, 2013.
- o December 26, 2013.
- o Voided check dated December 26, 2013.
- o Invoice dated April 1, 2012.
- o Invoice dated April 2, 2012.
- o Journal entry dated February 1, 2013.

- Folder – "Fence Outlet Inc. Orlando Gateway 2013"
  - o Fence Outlet invoice to New York Diner care of Nilhan Hospitality, LLC February 2013

- Folder – "Florisa Aerial Services. Orlando Gateway 2013"
  - o Florida Aerial Services bill and payment to and from Orlando Gateway Property Owners Association May 2013.

- Folder – "Florida Department of Revenue. Orlando Gateway 2013"
  - o Certificate of Registration. Orlando Gateway Partners, LLC

- Folder – "Garhwal Chan & Williams. Orlando Gateway partners, LLC 2013"
  - o Invoices from Garhwal Chan & Williams to Orlando Gateway Partners, LLC for May and June 2013.

- Folder – "Leading Edge. Orlando Gateway 2013"
  - o Invoice from Leading Edge Lawn Services To Orlando Gateway Partners, LLC in June 2013.

- Folder – "NeJame Law. Orlando Gateway 2013"
  - o Wire information related to Nilhan Financial LLC and Nejame Law firm.

- Folder – "Orange County Property Appraiser. Orlando Gateway Partners 2013"
  - o 2 sets of documents titled "OFFICE/WAREHOUSE/RETAIL RENT ROLL AND WORKSHEET", including some financials re Nilhan Financial from 2012

- Folder – "OUC 2013 BILLS." OUC bills and payment information regarding Nilhan Hospitality and Orlando Gateway Partners, LLC 2013. (Listed by Bill Date).
  - o July 31, 2013
  - o July 30, 2013.
  - o April 1, 2013.
  - o April 1, 2013.
  - o May 29, 2013.
  - o March 1, 2013.
  - o February 1, 2013.
  - o [Multiple sets of incomplete bills]
  - o February 1, 2013.
  - o April 1, 2013.
  - o February 1, 2013.

{38852884;2}

13

  o  Invoice from Orlando Gateway Partners, LLC to OSI Restaurant Partners, LLC dated February 1, 2013
  o  Invoice from Orlando Gateway Partners, LLC two A&D Restaurant Groups LLC dated February 1, 2013.
  o  January 30, 2013.
  o  December 31, 2012.
  o  January 2, 2013.
  o  July 1, 2013.
  o  June 3, 2013.
  o  June 28, 2013.
  o  August 29, 2013.
  o  December 3, 2013.
  o  December 2, 2013.

- Folder – "Scottsdale Insurance Company. Orlando Gateway 2013."
  o  Notice of Cancellation of Insurance. Scottsdale insurance company. Orlando Gateway partners, LLC. July 2013.

- Folder – "Shutts & Bowen LLP. Orlando Gateway Partners, LLC 2013"
  o  Letter from Shutts & Bowen with settlement check. June 2013. Arising from lawsuit against AT&T and Coast to Coast Underground Services, Inc.

- Folder – "Star Parking Inc. Orlando Gateway 2013"
  o  Certificate of Liability Insurance November 2012. Orlando Gateway partners, LLC That.

- Folder – " Tecta America Southeast. Orlando Gateway 2013"
  o  Tecta America South East bill and payment. Orlando Gateway Property Owners Association,. August 2013

- Folder – U.S. Trustee. Orlando Gateway 2013"
  o  Delinquency notice from the United States trustee, dated August 2013.

- Folder – "Vileno Environmental. Orlando Gateway 2013." Vileno Environmental LLC bills and payments to and from Orlando Gateway Partners, LLC / Orlando Gateway Partners Property Association 2013. (Listed by Bill Date).
  o  February 15, 2013. (And e-mails regarding invoice)
  o  March 1, 2013.
  o  March 1, 2013.
  o  March 1, 2012.
  o  Voided check dated January 25, 2013.
  o  January 1, 2013.
  o  January 1, 2013.
  o  February 1, 2013.
  o  February 1, 2013.
  o  April 1, 2013.

{38852884;2}                            14

- o Check dated May 14, 2013. Attached to invoices dated March 12, 2013, April 8, 2013, April 15, 2013, April 22, 2013, March 12, 2013,
- o May 1, 2013.
- o June 11, 2013.
- o Check dated July 26, 2013. Attached to invoices dated July 1, 2013, July 3, 2013, July 3, 2013.
- o August 1, 2013.
- o September 1, 2013.
- o October 1, 2013.
- o Credit card payment dated October 25, 2013. Attached to invoices dated May 15, 2013, June 25, 2013, July 16, 2013, July 16, 2013, July 17, 2013, July 22, 2013, August 15, 2013, August 30, 2013.
- o Check dated September 12, 2013. Attached to invoices dated June 25, 2013, August 30, 2013, July 22, 2013.
- o November 1, 2013.
- o May 15, 2013.
- o June 25, 2013.
- o July 16, 2013.
- o July 16, 2013.
- o July 17, 2013.
- o July 22, 2013.
- o Check dated August 16, 2013. Attached to invoices dated July 16, 2013, July 16, 2013, July 16, 2013, July 17, 2013, May 15, 2013.
- o August 15, 2013

- Folder – "Walker Services. Orlando Gateway POA 2013"
  - o Walker Services bill to and from Orlando Gateway Property Owners Association March 2013.

- Folder – "Wayne Automatic Fire Sprinklers. Orlando Gateway 2013." Wayne Automatic Fire Sprinklers, Inc. bills and payments, including inspection and report documents, to and from Orlando Gateway Property Owners Association, 2013. (Listed by Invoice Date).
  - o January 9, 2013.
  - o February 20, 2013.
  - o March 12, 2013.
  - o April 18, 2013.
  - o April 15, 2013.
  - o July 17, 2013.
  - o October 8, 2013.
  - o October 21, 2013.
  - o November 21, 2013

- Folder – "AT&T Orlando Gateway 2014" AT&T bills and check payments. Orlando Gateway Property Owners Association, 2014. (Listed by Check Date)

{38852884;2}

- o  January 17, 2014.
- o  February 17, 2014.
- o  March 17, 2014.
- o  April 14, 2014.
- o  May 15, 2014.
- o  June 24, 2014.
- o  July 14, 2014.
- o  August 11, 2014.
- o  September 10, 2014.
- o  October 10, 2014.
- o  Invoices without supporting payments – November and December, 2014

- Folder – "BB&T OG POA 2013"
  - o  Overdraft notice from BB&T to Orlando Gateway Property Owners Association on December 30, 2014.

- Folder – "Carrabbas Orlando Gateway 2014"
  - o  Single correspondence and attachments with Bloomin Brands, Inc. January 31, 2014 regarding common area maintenance.

- Folder – "Certificate of Liability. Orlando Gateway 2014"  Certificate of liability insurance for following:
  - o  Insured – Madden, Moorhead & Glunt - February 11, 2014
  - o  Insured – Wilcin Enterprises - April 7, 2014
  - o  Insured – TWT Restaurant Design, Construction – May 21, 2014
  - o  Insured – Madden, Moorhead & Glunt -June 27, 2014
  - o  Insured – Douglas Taylor AC Refrigeration – June 27, 2014.
  - o  Insured – Wilcin Enterprises -October 6, 2014

- Folder – "Clean Sweep of Orlando. Orlando Gateway 2014. Clean Sweep of Orlando Inc. Bills and payments to and from Orlando Gateway Property Owners Association for 2013. (Listed by Check Date)
  - o  January 27, 2014.
  - o  February 7, 2014.
  - o  March 12, 2014.
  - o  April 7, 2014.

- Folder – "Dewey Painting Co. Orlando Gateway, LLC 2014"
  - o  Dewey Painting Company, Inc. bill and payment to and from Orlando Gateway Property Owners Association April 2014

- Folder – "United Development Partners. Orlando Gateway, LLC 2014"
  - o  Statement from United Development Partners, LLC August 2013, along with e-mails regarding the invoice and a voided check.

{38852884;2}                                         16

- Folder – "Dunphy Properties. Orlando Gateway 2014." Dunphy Properties bills and payments to and from Orlando Gateway Property Owners Association for 2013: (Listed by Check Date).
    o January 27, 2014.
    o March 7, 2014.
    o March 12, 2014.
    o April 3, 2014.
    o May 30, 2014.
    o May 1, 2014.
    o June 6, 2014.
    o July 28, 2014.
    o August 29, 2014.
    o September 30, 2014.
    o October 7, 2014.
    o October 30, 2014.
    o November 28, 2014.
    o December 2, 2013.
    o Commission invoice dated November 28, 2014.
    o Letter Re: lease for Carrabba's and terms regarding same dated March 8, 2012

- Folder – "H. Dennis Panter & Ass. Orlando Gateway 2014"
    o Invoice to Chuck Thacker at DCT Systems dated January 10, 2014

- Folder – "Hartman Simons. Orlando Gateway, LLC 2014"
    o Invoices from Hartman Simons and Wood LLP for January 2013, April 2014, June 2013, and July 2013.

- Folder – "Lee Murphy. Orlando Gateway 2014"
    o Invoices from Lee Murphy dated January 31, 2014, December 31, 2013, December 6, 2013. Also includes a check dated February 7, 2014. Also includes property coverage binder.

- Folder – "OUC Orlando Gateway 2014." OUC bills and payment information regarding Nilhan Hospitality and Orlando Gateway Partners, LLC 2013. (Listed by Bill Date).
    o January 3, 2014.
    o January 6, 2014.
    o January 30, 2014.
    o February 11, 2014.
    o March 5, 2014.
    o February 27, 2014.
    o March 28, 2014.
    o April 2, 2014.
    o April 2, 2014.
    o June 3, 2014.
    o May 30, 2014.
    o July 30, 2014.

{38852884;2}

17

- o   August 2, 2014.
- o   October 30, 2014.
- o   November 3, 2014.
- o   Invoice from Court Reporting Specialist LLC to Hennen Ehrenciou dated June 29, 2014
- o   e-mail correspondence with Mike Tessitore and certain others at the Moran Kidd law firm re billing
- o   notice from OUC regarding third party vendor for payments.
- o   August 2, 2014. May 2, 2014

- Folder – "Perimeter Digital Imaging. Orlando Gateway, LLC 2014 "
  - o   Invoices and payments relating to Corners North and Premier Signs March and August 2014.

- Folder – "Sampsat & Shah Accounting. Orlando Gateway 2014"
  - o   Invoice and payment information related to Sampat & Shaw Accounting January 2014.

- Folder – "Shila Mails & Hair Scrow. Orlando Gateway LLC 2014"
  - o   Invoice and payment information relating to Chanmore Title in Abstract Inc. April 2014

- Folder – "Team Funding Solutions. Orlando Gateway, LLC 2014"
  - o   Bill of Sale for equipment sold to Nilhan Hospitality and payment information relating to Team Funding Solutions March 2014.

- Folder – "Valuation & litigation. Orlando gateway"
  - o   Valuation and Litigation Services, LLC. Invoice and payment information may, June, July 2014

- Folder – "Vileno Environmental. Orlando Gateway 2014." Vileno Environmental LLC bills and payments to and from Orlando Gateway Partners, LLC / Orlando Gateway Partners Property Association 2014. (Listed by Bill Date).
  - o   December 1, 2013.
  - o   January 1, 2014.
  - o   January 9, 2014.
  - o   January 1, 2014.
  - o   January 29, 2014.
  - o   February 27, 2014.
  - o   Invoice from Dunphy Properties dated March 1, 2014, and payment for same.
  - o   March 17, 2014.
  - o   April 7, 2014.
  - o   Check dated May 15, 2014 with invoices attached for November 20, 2013. November 26, 2013. November 26, 2013, November 20, 2013, number 26 2013, November 20, 2013, November 26, 2013, November 20, 2013, number 26 2013, November 26, 2013, (some are copies of the same invoice)

{38852884;2}                                18

- o May 1, 2014.
- o June 1, 2014.
- o June 1, 2014.
- o August 6, 2014.
- o August 28, 2014.
- o August 6, 2014.
- o July 1, 2014 (including attached specifications for lawn maintenance).
- o July 15, 2014.
- o August 1, 2014.
- o September 1, 2014.
- o September 18, 2014.
- o September 18, 2014.
- o October 1, 2014.
- o October 20, 2014.
- o November 1, 2014.

- Folder – "Walker Services.  Orlando Gateway POA 2014"
  - o Walker Services bill to and from  Orlando Gateway Property Owners Association for work done December 2013.

- Folder – "Wilcin Enterprises, Inc.  Orlando gateway property." Quotes and payment information (Listed by Invoice Date).
  - o May 1, 2014.
  - o August 1, 2014.
  - o September 1, 2014.
  - o October 1, 2014.
  - o October 31, 2014.
  - o November 1, 2014.
  - o December 1, 2014.
  - o July 1, 2014.
  - o June 1, 2014.

- Folder – "Wayne Automatic Fire Sprinklers, Inc.  Orlando Gateway, LLC 2014." Wayne Automatic Fire Sprinklers, Inc. bills and payments, including inspection and report documents, to and from Orlando Gateway Property Owners Association, 2013. (Listed by Invoice Date).
  - o February 19, 2014.
  - o February 12, 2014.
  - o Statement regarding outstanding invoices.
  - o April 17, 2014.
  - o July 17, 2014.
  - o September 17, 2014.
  - o September 12, 2014.
  - o October 6, 2014.
  - o October 15, 2014.
  - o Statement regarding outstanding invoices.

{38852884;2}                                    19

- o  October 15, 2014.

- Folder – "Miscellaneous. Orlando Gateway 2014."
  - o  Seneca Insurance Company Notice to Policyholders
  - o  OFFICE / WAREHOUSE / RETAIL RENT ROLL AND WORKSHEET. Orange County Property Appraiser Income and Expense Survey. Orlando Gateway Partners LLC. Attached to Financial Information re Nilhan Financial, LLC.
  - o  Notice from BB&T re moving branches.
  - o  Voided check dated May 1, 2014.
  - o  Renewal Notice for Pro-Tek Services attached to Invoices and Payment Information.
  - o  Premier Signs Invoice dated June 24, 2014 with attached payment check.
  - o  Retainer Agreement between Chuck Thakkar and Fisher Rushmer.
  - o  OUC notice re tax reduction in bill.
  - o  Invoice from Drake Short Dated July 24, 2014 and attached payment check.
  - o  Copy of check from Nilhan Financial to Orlando Gateway Property Owners Assoc dated August 18, 2014
  - o  Letter dated September 24, 2014 from GAF to Nilhan Hospitality re roof leak / material complaint and inspection.
  - o  Wire Transfer Request dated October 27, 2014 from Nilhan Financial to Haven South Beach, LLC
  - o  Florida Department of Revenue Tax Information Publication dated December 9, 2014.
  - o  Certificate of Liablity Insurance. Insured – Madden, Morehead & Glunt. July 10, 2014.
  - o  Invoice from Russell Landscape of Georgia dated April 1, 2014

- Folder – "Taxes. Orlando Gateway 2014"
  - o  Tax bills from Orange County Tax Collector for 2013. Orlando Gateway Partners, LLC. Relates to 4 separate parcels.
- Folder – "Sales Taxes. Orlando Gateway, LLC" Sales tax returns with supporting documents. (Listed by Collection Period).
  - o  June 2012
  - o  July 2012
  - o  September 2012
  - o  August 2012
  - o  November 2012
  - o  October 2012
  - o  December 2012
  - o  January 2013
  - o  February 2013
  - o  March 2013
  - o  April 2013
  - o  May 2013
  - o  June 2013

{38852884;2}                                        20

- o   July 2013
- o   September 2013
- o   October 2013
- o   August 2013
- o   November 2013
- o   December 2013

## Box 3

- Binder titled Financials/Bank Statements 2012 Orlando 2012.
  - o   Contains monthly tabs with balance sheets, general ledgers, BB&T bank statements for Orlando Gateway partners, LLC. **Not all months have the financial statements or bank statements.**

- Binder titled Construction Management and Landscaping Companies Contracts, Permits and Payments Related to This Companies. Orlando Gateway – Commercial Center., #3. Tabs listing the following sections:
  - o   Proposals/Contracts.
  - o   Payments.
  - o   Notice of Commencement
  - o   City of Orlando, Permitting Services.

- Binder titled Orlando Gateway, LLC Infrastructure Update May 2009. The binder appears to be prepared by Robbins Development Partners.   Table of Contents listing the following sections:
  - o   Executive Summary
  - o   Critical Path Task Timeline and Exhibits
  - o   Budget
  - o   Briar's Construction Progress Report
  - o   Draw Summary
  - o   Briar's Completion Schedule

- Binder titled Orlando Gateway Retail Building #3, September 11, 2009 Agenda. Binder prepared for meetings among the owners, consultants, attorneys, engineers, architects, etc.

## Box 4

- Accordion File with Bank statements from BB&T bank for Nilhan Hospitality.
  - o   January 2015
  - o   February 2015
  - o   March 2015
  - o   April 2015
  - o   May 2015
  - o   June 2015 (includes 5/3 statement as well)
  - o   July 2015 (includes 5/3 statement as well)

- o August 2015 (includes 5/3 statement as well)
- o September 2015 (includes 5/3 statement as well)
- o October 2015 (includes 5/3 statement as well)
- o November 2015 5/3 statements only.

- Bank statements from Embassy National Bank for Orlando Gateway Partners, LLC.
  - o December 2010.
  - o November 2010
  - o October 2010
  - o September 2010
  - o August 2010
  - o July 2010
  - o June 2010
  - o May 2010
  - o April 2010
  - o March 2010
  - o February 2010
  - o January 2010
  - o And copies of checks

- Folder – "OGP Voided Checks"
  - o Single voided check to Madden Moorhead & Glunt dated October 23, 2009.

- Folder – "OGP 2008 Bank Statements"
  - o Bank statements from Embassy National Bank for Orlando Gateway Partners, LLC for December 2008; November 2008; October 2008; September 2008

- Accordion File – "Bank Statements 2015, Orlando Gateway Partners LLC." Bank Statements from 5/3 for following periods:
  - o June 23-30, 2015
  - o July 22 – 31, 2015
  - o July 1-31, 2015
  - o August 1-31, 2015
  - o September 1-30, 2015
  - o October 1-31, 2015
  - o November 1-30, 2015

- Binder titled Bank Statements Nilhan Hosp FL 2012.
  - o The binder contains financial documents for each month, though the financial documents printed vary for each month. these documents include bank statements, profit and loss statements, general ledger, reconciliation summaries, and balance sheets for each month for Nilhan Hospitality.

- Binder titled BB&T loan to Nilhan Hospitality – $7,989,615. Orlando Gateway 7.5087 acres acquisition – from Orlando Gateway partners, LLC by Nilhan Hospitality, LLC.
  - o This is a closing binder for the loan from 2009.

- Folder — "NH 2014 Bank Statements." Bank statements from BB&T Bank for Nilhan Hospitality for 2014. (Listed by Month of Statement). For the most part, first pages only.
  - January 2014.
  - February 2014.
  - March 2014.
  - April 2014.
  - May 2014
  - June 2014.
  - Business Loan Statement dated May 16, 2014 for Nilhan Hospitality.
  - Business Loan Statement dated May 16, 2014 for Nilhan Hospitality.
  - July 2014.
  - August 2014.
  - September 2014.
  - October 2014.
  - December 2014.

- Folder — "Nilhan Hospitality, LLC AC# ---- 2009." Bank statements from BB&T Bank for Nilhan Hospitality. (Listed by Month of Statement).
  - November 2009
  - October 2009
  - September 2009
  - August 2009
  - July 2009
  - June 2009
  - May 2009
  - April 2009
  - March 2009
  - Signature Card

- Folder — "Orlando Gateway Partners LLC 2009." Bank statements from Georgian Bank for Orlando Gateway Partners, LLC for a various months in 2009, 2008, 2007. (Listed by Month of Statement).
  - January 2009
  - February 2009
  - March 2009
  - April 2009
  - May 2009
  - July 2009
  - August 2009
  - transaction and termination from November 2007 through August 2009
  - March 2009
  - April 2009
  - January 2008
  - February 2008

- o March 2008
- o April 2008
- o May 2008
- o July 2008
- o August 2008
- o September 2008
- o October 2008
- o November 2008
- o December 2008
- o November 2007
- o December 2007
- o January 2009
- o February 2009
- o March 2009
- o April 2009
- o May 2009
- o July 2009
- o August 2009
- o November 2008
- o illegible statement appears to be from December 2008
- o January 2008
- o February 2008
- o March 2008
- o April 2008
- o May 2008
- o transaction information June 2008
- o July 2008
- o August 2008
- o September 2008
- o October 2008
- o November 2008
- o December 2008

- Folder –"OGP 2009 Bank Statements."  Bank Statements from Embassy National Bank and BB&T Bank for Orlando Gateway Partners, LLC.  (Listed by Month of Statement).

  Embassy National Bank
  - o December 2009
  - o November 2009
  - o October 2009
  - o September 2009
  - o August 2009
  - o July 2009
  - o June 2009
  - o May 2009
  - o April 2009

    o  March 2009
    o  February 2009
    o  January 2009
    o  copies of checks

<u>BB&T</u>
    o  December 2009
    o  November 2009
    o  October 2009
    o  September 2009
    o  August 2009
    o  July 2009
    o  June 2009
    o  May 2009
    o  April 2009
    o  March 2009
    o  February 2009
    o  January 2009
    o  February 2010
    o  January 2010
    o  March 2010
    o  April 2010
    o  May 2010
    o  June 2010
    o  July 2010
    o  August 2010
    o  September 2010
    o  October 2010
    o  December 2010

- Folder – "NH 2009 Bank Statements." Bank statements from Embassy National Bank for Nilhan Hospitality for 2009. (Listed by Month of Statement).
  - December 2009
  - November 2009
  - October 2009
  - September 2009
  - August 2009
  - July 2009
  - June 2009
  - May 2009
  - April 2009
  - February 2009
  - January 2009

- Folder – "OGP 2011 B.S." Bank statements from Embassy National Bank for Orlando Gateway Partners, LLC for 2011. (Listed by Month of Statement).
  - January 2011.

{38852884;2}

25

- o February 2011.
- o March 2011.
- o April 2011.
- o May 2011.
- o June 2011.
- o July 2011.
- o August 2011.
- o September 2011.
- o October 2011.
- o November 2011.
- o December 2011.
- o copies of checks

- Folder – "Nilhan 2011"  Bank statements from Embassy National Bank for Nilhan Hospitality for 2011. . (Listed by Month of Statement).
  - o January 2011.
  - o February 2011.
  - o March 2011.
  - o April 2011.
  - o May 2011.
  - o June 2011.
  - o July 2011.
  - o August 2011.
  - o September 2011.
  - o October 2011.
  - o November 2011.
  - o December 2011.

- Folder – "OGP 2011." Bank statements from BB&T Bank for Orlando Gateway Partners, LLC for 2011. . (Listed by Month of Statement).
  - o November 2011.
  - o October 2011.
  - o September 2011.
  - o August 2011.
  - o January 2011.
  - o June 2011.
  - o May 2011.
  - o April 2011.
  - o March 2011.
  - o February 2011.
  - o February 2013.
  - o January 2013.

- Folder – "Nilhan 2011"  Bank statements from BB&T Bank for Nilhan Hospitality for 2011. . (Listed by Month of Statement).
  - o January 2011.

- o February 2011.
- o March 2011.
- o April 2011.
- o May 2011.
- o June 2011.
- o July 2011.
- o August 2011.
- o September 2011.
- o October 2011.
- o November 2011.
- o December 2011.
- o Assorted pages three of three from various months.
- o Statements from same bank for Nilhan Hospitality, but for what appears to be different account – October, November, and December 2011

- Folder – "OGP 2014 Bank Statements." Bank statements from BB&T Bank for Orlando Gateway Property Owners Association. (Listed by Month of Statement).
    - o
    - o January, 2014.
    - o February, 2014.
    - o March, 2014.