

# EXHIBIT "4"



Esther A. McKean

Akerman LLP
420 South Orange Avenue
Suite 1200
Orlando, FL 32801-4904
Tel: 407.423.4000
Fax: 407.843.6610

Dir: 407.419.8583

August 3, 2016

**By Email (fwolff@fmwpa.com)
and First-Class Mail**

Frank M Wolff, Esq.
Frank Martin Wolff, P.A.
1851 West Colonial Drive
Suite 200
Orlando, FL 32804

Re:     *In re Nilhan Hospitality, LLC*, United States Bankruptcy Court, Middle District of Florida, Orlando Division Case No. 6:15–BK-03447-KSJ; and
*In re Orlando Gateway Partners, LLC, Debtor*; United States Bankruptcy Court, Middle District of Florida, Orlando Division Case No. 6:15-BK-03448-KSJ

Dear Frank:

As you know, we represent the Chapter 7 Trustee in the above-referenced bankruptcy cases. We are writing regarding the status of the Debtors', through their officers, directors, employees, and/or representatives, surrender and turnover of all property of those estates to the Chapter 7 Trustee.

Pursuant to Section 521 of the Bankruptcy Code, any debtor in a bankruptcy case where a trustee is appointed is required to surrender all property of the estate to that trustee, including any books and records of such debtor. Section 521 of the Bankruptcy Code provides in pertinent part:

> **11 U.S. Code § 521 - Debtor's duties**
>
> (a) The debtor shall—
>
> ***
>
> (4)
>
> if a trustee is serving in the case . . .surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate . . .;

Frank M. Wolff, Esq.
August 3, 2016

- All documents supporting what is in QuickBooks and Rent Manager Xi
- All documents related to trial balances
- All charts of accounts
- All documents supporting adjusting journal entries
- All documents relating to transaction analyses
- All Dunphy bills and backup documentation for their services[1]
- All documents relating to statements of changes in financial positions
- All documents relating to the Debtors involvement in the Orlando Gateway Property Owners Association
- All documents relating to the Debtors involvement in Orlando Gateway Hampton
- All documents reflecting monies owed to the Debtors as reflected on the Balance Sheets

We request that you and your clients cure these deficiencies as soon as possible. To the extent, this information and documents exists in electronic format we request that be turned over in native electronic format. Of course, if any of these documents do not exist, we request a written representation to that effect.

Trustee is not waiving and reserves his right to demand turnover of all property, books, and records, including any property that the Trustee does not know exists at this time.

Please contact us if you have any questions or concerns.

Sincerely,

**AKERMAN LLP**

Esther McKean

cc.    Jules S. Cohen, Esq. [via e-mail]
       Emerson C. Noble [via e-mail]

---

[1] Debtor has turned over some documents for the period of 2013 and 2014.

{38865825;1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

NILHAN HOSPITALITY, LLC

Chapter 7
Case No.: 6:15-bk-03447-KSJ

Debtor.

_____/

## DEBTOR'S REPORT ON COMPLIANCE WITH ORDER OF TURNOVER

The Debtor files this Report on its Compliance with the Court's Order Granting on a Preliminary Basis Trustee's Motion to Compel Turnover of Property of the Estate and Production of Documents and Records (Doc. No. 282) and says:

1. The Debtor has made a good faith effort to turn over all of the documents and property in its possession and control to the attorney for the Trustee as identified on Exhibit "A" attached hereto. The Trustee's counsel has suggested that the response is lacking in that it does not contain emails between the Debtor and its counsel. However, the Debtor and its principal do not as a matter of course retain email messages. The Debtor has provided a list of its counsel as part of the response, and because the Debtor cannot assert any attorney client privilege, any such communications will be available to the Trustee through requests to those counsel.

2. As to passwords, the Debtor had delivered all of its electronic book keeping to the Trustee prior to the last hearing. The Trustee's requests for a "password" were not helpful to determine what he was seeking. After some frustrating discussions, it came to light that in the record was one backup made in August of 2015 that was password protected. The Debtor was not aware that such a backup was made, or who made it, or what the password for the file would be. Until, upon Debtor's request, the Trustee provided a screen shot of the QuickBooks page that

identified the backup, the Debtor was at a loss.  The Debtor does not know the password, but obtained a copy of the file with Intuit's assistance and provided that to the Trustee.  However, the Trustee wants to have the copy on his hard drive unlocked for forensic purposes.  The Debtor has been attempting to get Trustpoint, the Trustee's agent, on the phone with Intuit to arrange to have the copy on Trustpoint's hard drive unlocked; but the busy schedule of Trustpoint's representative has not permitted that to happen.

3.      It should be noted that all of the electronic books have been made available to the Trustee by June 3, 2016, regardless of what has been said.  What is at issue is a discrete redundant backup which the Trustee wants for forensic purposes.  What delay there has been in getting this opened has been due to miscommunication and lack of knowledge of the software on the part of all involved.

## CERTIFICATE OF SERVICE

I certify that a copy of this document with attachment has been served on August 10, 2016 to all filing users through the CM/ECF filing system.

/s/ Frank M. Wolff_____
Frank M. Wolff, Esq.
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone: (407) 982-4448
Fax: (407) 386-3364
Email: fwolff@fmwpa.com

1.) Tax Returns, including Schedules and K-1's
   a. USB Contains: 2010-2014 Nilhan Hospitality Tax Returns
   b. USB Contains: 2007-2014 OGP Tax Returns (2010 Tax Return Missing)
2.) All e-mail, correspondence, communications relating to Debtors' business
   a. USB Contains: Draw Summaries 1-8: Containing the List of Vendors, Type of Services Provided, Invoices, Assessments, Wire Transfer Confirmations, Emails.
3.) All documents relating to the Debtors' accounts receivable
   a. To our knowledge these documents were previously provided to Mr. Terry Soifer (CRO)
4.) All documents relating to the Debtors' sales, lease or transfer of all property ever owned by the Debtors (USB Drive Contains the Following)
   a. Agreement for Sale and Purchase: Orlando Gateway Partners, LLC to Alliance Reality Partners, LLC. (July 14, 2011)
   b. Preliminary Term Sheet: Received from Alliance Reality Partners, LLC (September 4, 2012)
   c. Affidavit: Orlando Gateway Partners, LLC
   d. Assignment and Assumption of Lease: Orlando Gateway Partners, LLC to Nilhan Hospitality, LLC (March 27, 2009)
   e. Assignment of Agreements: (November 13, 2009)
   f. Real Estate Purchase Contract: Sunnyside Investments/Semorran Centre/Orlando Gateway Partners.
   g. Sale & Purchase Agreement: Orlando Gateway Partners,LLC/ Contravest, Inc
   h. Clear Channel Outdoor Lease Proposal
   i. Buyers Real Estate Closing Statements: Sunnyside Investments- Orlando Gateway Partners, LLC
   j. Real Estate Closing Statement- Orlando Gateway Partners, LLC/ MHG
   k. Real Estate Closing Statement- Orlando Gateway Partners, LLC- MHG #2
   l. Real Estate Closing Statement- Orlando Gateway Partners, LLC – CP Orlando Gateway Development- Richmond Dallas

5.) All loan documents relating to any loans the Debtors obtained or provided (USB Contains the Following)
   a. Acquisition Closing Statement: Orlando Gateway Partners, LLC to Nilhan Hospitality, LLC (March 27, 2009)
   b. Wells Fargo Security Agreement
   c. Loan Request- Orlando Gateway- Retail Center
   d. Loan Closing Statement- Georgian Bank/ Orlando Gateway Partners, LLC
6.) All documents relating to the Debtors' loan receivables
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive
7.) All documents relating to the Debtors' reconciliations
   a. Refer to the USB Drive which contains: QuickBooks Audit Report listing of Reconciles
8.) All detailed general ledgers
   a. Refer to the USB Drive which contains: (2)QuickBooks General Ledgers Reports

Exhibit A

9.) All investments in the Debtors or by the Debtors
  a. Included
10.) List of all attorneys, accountants and consultants ever employed by Debtors and the files and documents Debtors have relating to said services (USB Drive Contains the Following)
  a. List of Law Firms and Attorneys
  b. Draw Summaries 1-8: Contains the List of Vendors, Type of Services Provided, Invoices, Assessments, Wire Transfer Confirmations, Emails.
  c. Retainer Agreement: Halle Law Firm
  d. Summons: Halle Law Firm
  e. Paid Invoices & Summaries: Halle Law Firm
  f. Unpaid Invoices: Halle Law Firm
  g. Complaint: Halle Law Firm Vs. Orlando Gateway Partners, LLC
  h. Certificate of Service: Halle Law Firm Vs. Orlando Gateway Partners, LLC
  i. Substitution of Counsel: Halle Law Firm Vs. Orlando Gateway Partners, LLC
  j. Retainer Agreement: Korshek & Associates.
  k. Civil Engineer Agreement:  Moorhead & Glunt, Inc.
  l. Contractor Agreement: Pioneer Construction Services, Inc.
  m. Phase 1 Site Assessment: Andreyev Engineering, Inc.
11.) All documents relating to wire transfers
  a. USB Contains: Draw Summaries 1-8: Containing the List of Vendors, Type of Services Provided, Invoices, Assessments, Wire Transfer Confirmations, Emails.
12.) All profit and loss statements
  a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive
13.) All balance sheets
  a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive
14.) The Debtors' corporate books
  a. None
15.) All cash flow statements
  a. If any: Refer to QuickBooks & Rent Manager Xi Files provided on USB Drive
16.) All documents relating to transfer of monies from the Debtors
  a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive
17.) All cancelled checks
  a. Refer to the paper bank statements previously provided in boxes.
18.) All documents relating to adjusting journal entries
  a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive
19.) All insurance policies and related documents
  a. To our knowledge these files were previously provided to Mr. Terry Soifer (CRO)
20.) All financial statements, including audited versions regardless of if prepared by the Debtors of professionals engaged by the Debtors.
  a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

21.) All documents supporting what is in QuickBooks and Rent Manager Xi
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

22.) All documents related to trial balances
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

23.) All charts of accounts
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

24.) All documents supporting adjusting journal entries
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

25.) All documents relating to transaction analyses
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

26.) All Dunphy bills and backup documentation for their services
   a. To our knowledge these files were previously provided to Mr. Terry Soifer(CRO)

27.) All documentation relating to statements of changes in finical positions
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

28.) All documents relating to the debtors involvement in the Orlando Gateway Property Owners
   Association
   a. To our knowledge these files were previously provided to Mr. Terry Soifer(CRO)

29.) All documents relating to the Debtors involvement in Orlando Gateway Hampton
   a. None.

30.) All documents reflecting monies owed to the Debtors as reflected on the Balance Sheets.
   a. Electronic Version Only : QuickBooks & Rent Manager Xi Files provided on USB Drive

# EXHIBIT 3

| Name | Type | Modified | Size | Path |
|---|---|---|---|---|
| _0.cfs | CFS File | 8/26/2015 12:01 PM | 124,115 | ...\Nilhan Hospitality LLC - Florida.QBW.old. |
| _0.cfs | CFS File | 8/26/2015 12:01 PM | 30,215 | QBBackupTemp Wed, A...\SuggestionIndex\ |
| _0.cfx | CFX File | 8/26/2015 12:01 PM | 241,806 | ...\Nilhan Hospitality LLC - Florida.QBW.old. |
| _0.cfx | CFX File | 8/26/2015 12:01 PM | 41,392 | QBBackupTemp Wed, A...\SuggestionIndex\ |
| ~$legal firms.xlsx | Microsoft Excel... | 8/5/2016 8:31 AM | 165 | 10.Professional services d...\LEGAL FIRMS\ |
| 160803AA.LOG | Text Document | 8/3/2016 5:55 PM | 8,495,104 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| 2007 Tax Returns  OGP.PDF | Adobe Acrobat ... | 8/4/2016 3:18 PM | 2,453,973 | 1. Tax returns\OGP tax returns\ |
| 2008-OGP TAX RETURNS ORLANDO G... | Adobe Acrobat ... | 5/15/2012 11:39 AM | 2,295,005 | 1. Tax returns\OGP tax returns\ |
| 2009 OGP Tax Returns.pdf | Adobe Acrobat ... | 5/15/2012 11:34 AM | 383,634 | 1. Tax returns\OGP tax returns\ |
| 2010 Nilhan Hospitality FL tax returns.pdf | Adobe Acrobat ... | 8/4/2016 12:33 PM | 332,677 | 1. Tax returns\Nilhan Hospitality tax returns\ |
| 2011 Nilhan Hospitality Florida 2011 Tax ... | Adobe Acrobat ... | 9/3/2012 7:16 AM | 384,147 | 1. Tax returns\Nilhan Hospitality tax returns\ |
| 2011 Orlando Gateway Partners Tax Retu... | Adobe Acrobat ... | 9/4/2012 7:10 AM | 512,781 | 1. Tax returns\OGP tax returns\ |
| 2012 Nilhan Hospitality Florida 2012 tax r... | Adobe Acrobat ... | 12/4/2013 6:02 PM | 405,411 | 1. Tax returns\Nilhan Hospitality tax returns\ |
| 2012 OGP tax returns.PDF | Adobe Acrobat ... | 2/16/2014 11:00 AM | 560,074 | 1. Tax returns\OGP tax returns\ |
| 2013 NILHAN HOSPITALITY FL 2013 TA... | Adobe Acrobat ... | 1/21/2015 2:17 PM | 402,884 | 1. Tax returns\Nilhan Hospitality tax returns\ |
| 2013 OGP tax returns.PDF | Adobe Acrobat ... | 1/21/2015 2:19 PM | 573,052 | 1. Tax returns\OGP tax returns\ |
| 2014 Nilhan Hospitality LLC FL 2014 Tax ... | Adobe Acrobat ... | 9/18/2015 1:39 PM | 403,109 | 1. Tax returns\Nilhan Hospitality tax returns\ |
| 2014 OGP LL Tax Returns.PDF | Adobe Acrobat ... | 9/17/2015 1:21 PM | 579,474 | 1. Tax returns\OGP tax returns\ |
| ALLIANCE REALTY PARTNERS LLC.zip | WinZip File | 8/4/2016 3:23 PM | 2,661,878 | 4.OGP sales, lease or transfer of property ... |
| APRIL HALLE-ENGAGEMENT.zip | WinZip File | 8/4/2016 3:20 PM | 15,460,145 | 10.Professional services documents\ |
| Audit Trail_1606031117.xls | Microsoft Excel... | 8/5/2016 1:44 PM | 273,920 | 7. Reconiliations\ |
| Audit Trail_1606031117.xls | Microsoft Excel... | 6/3/2016 11:17 AM | 273,920 | QBBackupTemp Wed, Aug 26 20...\Reports\ |
| Box #1.docx | Microsoft Word... | 8/5/2016 8:24 AM | 14,706 | Boxed Items\ |
| Box #3.docx | Microsoft Word... | 8/5/2016 8:25 AM | 14,455 | Boxed Items\ |
| Box #4.docx | Microsoft Word... | 8/5/2016 8:26 AM | 14,471 | Boxed Items\ |
| Buyers Real Estate Closing Statements S... | Adobe Acrobat ... | 8/5/2016 12:38 PM | 8,920,151 | 4.OGP sales, lease or tran...\OGP Closings\ |
| Clear Channel Outdoor Lease Proposal.pdf | Adobe Acrobat ... | 8/5/2016 12:33 PM | 28,735,229 | 4.OGP sales, lease or tran...\OGP Closings\ |
| embassy 2010 ogp.pdf | Adobe Acrobat ... | 7/22/2016 8:49 PM | 36,997,832 | HPSCANS\Statements\ |
| embassy 2011 ogp.pdf | Adobe Acrobat ... | 7/22/2016 8:40 PM | 28,078,030 | HPSCANS\Statements\ |
| embassy 2011 stateme.pdf | Adobe Acrobat ... | 7/22/2016 8:30 PM | 867,202 | HPSCANS\Statements\ |
| embassy 2011 stateme0001.pdf | Adobe Acrobat ... | 7/22/2016 8:34 PM | 11,355,204 | HPSCANS\Statements\ |
| General Ledger (Accrual)_1606031114.xls | Microsoft Excel... | 6/3/2016 11:16 AM | 1,966,592 | 8. General Ledgers\ |
| General Ledger (Accrual)_1606031114.xls | Microsoft Excel... | 6/3/2016 11:16 AM | 1,966,592 | QBBackupTemp Wed, Aug 26 20...\Reports\ |
| General Ledger_1606031113.xls | Microsoft Excel... | 6/3/2016 11:14 AM | 1,578,496 | 8. General Ledgers\ |
| General Ledger_1606031113.xls | Microsoft Excel... | 6/3/2016 11:14 AM | 1,578,496 | QBBackupTemp Wed, Aug 26 20...\Reports\ |
| Info.txt | Text Document | 6/3/2016 10:26 AM | 25 | QBBackupTemp Wed, Aug 26 2015 ...\Raw\ |
| legal firms.xlsx | Microsoft Excel... | 8/5/2016 8:31 AM | 10,016 | 10.Professional services d...\LEGAL FIRMS\ |
| Loan Closing Statement Georgian Bank-... | Adobe Acrobat ... | 8/5/2016 12:36 PM | 6,671,711 | 5. Loan documents\OGP Closings\ |

| Name | Type | Modified | Size | Path |
|---|---|---|---|---|
| Nilh Feb '11-Jan'12 .pdf | Adobe Acrobat ... | 7/22/2016 8:14 PM | 10,950,871 | HPSCANS\Statements\ |
| Nilh Feb '11-Jan'12 0001.pdf | Adobe Acrobat ... | 7/22/2016 8:20 PM | 21,441,192 | HPSCANS\Statements\ |
| Nilhan Hospitality LLC - Florida (Backup A... | QBB File | 8/3/2016 5:51 PM | 48,361,472 | QBBackupTemp Wed, ...\QB14BackupFiles\ |
| Nilhan Hospitality LLC - Florida.QBW | QBW File | 8/26/2015 12:01 PM | 30,490,624 | ...\QBBackupTemp Wed, Aug 26 2015 12 0 |
| Nilhan Hospitality LLC - Florida.QBW | QBW File | 6/3/2016 10:16 AM | 31,952,896 | QBBackupTemp Wed, Aug 26 2015 ...\Raw\ |
| Nilhan Hospitality LLC - Florida.QBW | QBW File | 8/3/2016 6:04 PM | 31,993,856 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| Nilhan Hospitality LLC - Florida.QBW.ADR | ADR File | 8/26/2015 12:01 PM | 30,490,624 | QBBacku...\QuickBooksAutoDataRecovery\ |
| Nilhan Hospitality LLC - Florida.QBW.DSN | Data Source N... | 8/8/2016 2:09 PM | 385 | ...\QBBackupTemp Wed, Aug 26 2015 12 0 |
| Nilhan Hospitality LLC - Florida.QBW.DSN | Data Source N... | 8/8/2016 2:09 PM | 385 | QBBackupTemp Wed, Aug 26 2015 ...\Raw\ |
| Nilhan Hospitality LLC - Florida.QBW.DSN | Data Source N... | 8/8/2016 2:09 PM | 385 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| Nilhan Hospitality LLC - Florida.QBW.ND | ND File | 8/8/2016 2:09 PM | 587 | ...\QBBackupTemp Wed, Aug 26 2015 12 0 |
| Nilhan Hospitality LLC - Florida.QBW.ND | ND File | 8/8/2016 2:09 PM | 542 | QBBackupTemp Wed, Aug 26 2015 ...\Raw\ |
| Nilhan Hospitality LLC - Florida.QBW.ND | ND File | 8/8/2016 2:09 PM | 454 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| Nilhan Hospitality LLC - Florida.QBW.TLG | TLG File | 8/26/2015 12:01 PM | 28,770,304 | ...\QBBackupTemp Wed, Aug 26 2015 12 0 |
| Nilhan Hospitality LLC - Florida.QBW.TLG | TLG File | 6/3/2016 10:16 AM | 2,949,120 | QBBackupTemp Wed, Aug 26 2015 ...\Raw\ |
| Nilhan Hospitality LLC - Florida.QBW.TLG | TLG File | 8/3/2016 6:04 PM | 327,680 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| Nilhan Hospitality LLC - Florida.QBW.TLG... | ADR File | 8/26/2015 12:01 PM | 28,499,968 | QBBacku...\QuickBooksAutoDataRecovery\ |
| Nilhan Hospitality LLC - Florida.sds | SDS File | 8/3/2016 5:52 PM | 87 | QBBackupTemp Wed, Aug 26 2015 12 00... |
| OG ACQUISITION CLOSING STMT MAR... | Adobe Acrobat ... | 8/4/2016 3:14 PM | 246,405 | 5. Loan documents\ |
| OG ACQUISITION CLOSING STMT OG ... | Adobe Acrobat ... | 8/4/2016 3:14 PM | 1,212,395 | 5. Loan documents\ |
| OG ACQUISITION CLOSING STMT OGP... | Adobe Acrobat ... | 8/4/2016 3:14 PM | 1,211,476 | 5. Loan documents\ |
| OG-ASSIGNMENT & ASSUMPTION OF ... | Adobe Acrobat ... | 8/4/2016 3:14 PM | 1,499,265 | 4.OGP sales, lease or transfer of property ... |
| OG-ASSIGNMENT OF AGRMTS-PERMI... | Adobe Acrobat ... | 8/4/2016 3:14 PM | 1,138,809 | 4.OGP sales, lease or transfer of property ... |
| OGP - Draw3.pdf | Adobe Acrobat ... | 7/22/2016 5:13 PM | 4,753,917 | HPSCANS\Draws 1-8\ |
| OGP - Draw30001.pdf | Adobe Acrobat ... | 7/22/2016 5:14 PM | 1,166,211 | Draws 1 to 8\ |
| OGP - Draw30001.pdf | Adobe Acrobat ... | 7/22/2016 5:14 PM | 1,166,211 | HPSCANS\Draws 1-8\ |
| OGP - Draw30002.pdf | Adobe Acrobat ... | 7/22/2016 5:15 PM | 1,749,802 | Draws 1 to 8\ |
| OGP - Draw30002.pdf | Adobe Acrobat ... | 7/22/2016 5:15 PM | 1,749,802 | HPSCANS\Draws 1-8\ |
| OGP - Draw30003.pdf | Adobe Acrobat ... | 7/22/2016 6:13 PM | 71,710,295 | Draws 1 to 8\ |
| OGP - Draw30003.pdf | Adobe Acrobat ... | 7/22/2016 6:13 PM | 71,710,295 | HPSCANS\Draws 1-8\ |
| OGP - Draw4.pdf | Adobe Acrobat ... | 7/22/2016 5:10 PM | 20,780,352 | HPSCANS\Draws 1-8\ |
| OGP - Draw5.pdf | Adobe Acrobat ... | 7/22/2016 5:03 PM | 26,010,012 | Draws 1 to 8\ |
| OGP - Draw5.pdf | Adobe Acrobat ... | 7/22/2016 5:03 PM | 26,010,012 | HPSCANS\Draws 1-8\ |
| OGP - Draw6A.pdf | Adobe Acrobat ... | 7/22/2016 4:56 PM | 43,866,858 | Draws 1 to 8\ |
| OGP - Draw6A.pdf | Adobe Acrobat ... | 7/22/2016 4:56 PM | 43,866,858 | HPSCANS\Draws 1-8\ |
| OGP Dec '11-Jan'12 .pdf | Adobe Acrobat ... | 7/22/2016 8:28 PM | 17,445,430 | HPSCANS\Statements\ |
| OGP- Draw7A.pdf | Adobe Acrobat ... | 7/22/2016 4:39 PM | 33,440,122 | Draws 1 to 8\ |
| OGP- Draw7A.pdf | Adobe Acrobat ... | 7/22/2016 4:39 PM | 33,440,122 | HPSCANS\Draws 1-8\ |

| Name | Type | Modified | Size | Path |
|---|---|---|---|---|
| OGP- Draw8A.pdf | Adobe Acrobat ... | 7/22/2016 4:28 PM | 20,828,922 | Draws 1 to 8\ |
| OGP- Draw8A.pdf | Adobe Acrobat ... | 7/22/2016 4:28 PM | 20,828,922 | HPSCANS\Draws 1-8\ |
| OGP- Draws1.pdf | Adobe Acrobat ... | 7/22/2016 6:39 PM | 17,929,040 | Draws 1 to 8\ |
| OGP- Draws1.pdf | Adobe Acrobat ... | 7/22/2016 6:39 PM | 17,929,040 | HPSCANS\Draws 1-8\ |
| OGP- Draws2.pdf | Adobe Acrobat ... | 7/22/2016 6:34 PM | 67,937,039 | HPSCANS\Draws 1-8\ |
| OGP Financing Re.1.pdf | Adobe Acrobat ... | 7/22/2016 2:08 PM | 1,074,843 | 5. Loan documents\OGP Loan Request\ |
| OGP Financing Re.-1.pdf | Adobe Acrobat ... | 7/22/2016 2:08 PM | 1,074,843 | OGP Loan Request\ |
| OGP Financing Re.2.pdf | Adobe Acrobat ... | 7/22/2016 2:11 PM | 14,863,904 | 5. Loan documents\OGP Loan Request\ |
| OGP Financing Re.-2.pdf | Adobe Acrobat ... | 7/22/2016 2:11 PM | 14,863,904 | OGP Loan Request\ |
| OGP Financing Re.3.pdf | Adobe Acrobat ... | 7/22/2016 2:13 PM | 4,454,634 | 5. Loan documents\OGP Loan Request\ |
| OGP Financing Re.-3.pdf | Adobe Acrobat ... | 7/22/2016 2:13 PM | 4,454,634 | OGP Loan Request\ |
| OGP Financing Re.4.pdf | Adobe Acrobat ... | 7/22/2016 2:15 PM | 16,185,086 | 5. Loan documents\OGP Loan Request\ |
| OGP Financing Re.-4.pdf | Adobe Acrobat ... | 7/22/2016 2:15 PM | 16,185,086 | OGP Loan Request\ |
| OGP Orig.Closings7.2.pdf | Adobe Acrobat ... | 7/22/2016 3:49 PM | 4,773,426 | 4.OGP sales, lease or tran...\OGP Closings\ |
| OGP Phase 1 Report.pdf | Adobe Acrobat ... | 8/4/2016 3:20 PM | 3,166,972 | 10.Professional services documents\ |
| OGP- Retainer Agreement-Korshak & As... | Adobe Acrobat ... | 8/4/2016 3:20 PM | 870,133 | 10.Professional services documents\ |
| OGP; Jan 2012 statem.pdf | Adobe Acrobat ... | 7/22/2016 7:56 PM | 1,142,507 | HPSCANS\Statements\ |
| OGP; Jan 2012 statem0001.pdf | Adobe Acrobat ... | 7/22/2016 8:01 PM | 21,005,388 | HPSCANS\Statements\ |
| OG-PIONEER CONSTRUCTION SVCS.pdf | Adobe Acrobat ... | 8/4/2016 3:20 PM | 4,288,187 | 10.Professional services documents\ |
| OGP-MADDEN AGRMT.pdf | Adobe Acrobat ... | 8/4/2016 3:20 PM | 706,013 | 10.Professional services documents\ |
| OGP-Orig.Closings.pdf | Adobe Acrobat ... | 7/22/2016 4:03 PM | 1,029,224 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-1.pdf | Adobe Acrobat ... | 7/22/2016 3:02 PM | 43,422,359 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings10.pdf | Adobe Acrobat ... | 7/22/2016 3:59 PM | 5,276,731 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-2.pdf | Adobe Acrobat ... | 7/22/2016 3:12 PM | 49,409,505 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-3.pdf | Adobe Acrobat ... | 7/22/2016 3:23 PM | 62,634,068 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-4.pdf | Adobe Acrobat ... | 7/22/2016 3:30 PM | 37,116,319 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-5.pdf | Adobe Acrobat ... | 7/22/2016 3:36 PM | 28,735,229 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-6.pdf | Adobe Acrobat ... | 7/22/2016 3:39 PM | 6,671,711 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings7.2.pdf | Adobe Acrobat ... | 7/22/2016 3:49 PM | 4,773,426 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings-7.pdf | Adobe Acrobat ... | 7/22/2016 3:41 PM | 8,920,151 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings8.pdf | Adobe Acrobat ... | 7/22/2016 3:51 PM | 4,103,654 | HPSCANS\OGP Closings & Loans\ |
| OGP-Orig.Closings9.pdf | Adobe Acrobat ... | 7/22/2016 3:55 PM | 4,111,957 | HPSCANS\OGP Closings & Loans\ |
| OGP-PIONEER AIA CONTRACT.pdf | Adobe Acrobat ... | 8/4/2016 3:20 PM | 2,384,109 | 10.Professional services documents\ |
| Real Estate Closing Statemen Orlando G... | Adobe Acrobat ... | 8/5/2016 12:41 PM | 4,103,654 | 4.OGP sales, lease or tran...\OGP Closings\ |
| Real Estate Closing Statement Orlando G... | Adobe Acrobat ... | 8/5/2016 12:45 PM | 5,276,731 | 4.OGP sales, lease or tran...\OGP Closings\ |
| Real Estate Closing Statement Orlando G... | Adobe Acrobat ... | 8/5/2016 12:43 PM | 4,111,957 | 4.OGP sales, lease or tran...\OGP Closings\ |
| Real Estate Purchase Contract Sunnyside... | Adobe Acrobat ... | 8/5/2016 12:23 PM | 43,422,359 | 4.OGP sales, lease or tran...\OGP Closings\ |
| Response to Deficiencies.docx | Microsoft Word... | 8/6/2016 10:17 AM | 18,817 | Response to Deficiencies\ |

| Name | Type | Modified | Size | Path |
|---|---|---|---|---|
| Sale and Purchase Agreement Orlando G... | Adobe Acrobat ... | 8/5/2016 12:28 PM | 37,116,319 | 4.OGP sales, lease or tran...\OGP Closings\ |
| segments.gen | GEN File | 8/26/2015 12:01 PM | 20 | ...\Nilhan Hospitality LLC - Florida.QBW.old. |
| segments.gen | GEN File | 8/26/2015 12:01 PM | 20 | QBBackupTemp Wed, A...\SuggestionIndex\ |
| segments_2 | File | 8/26/2015 12:01 PM | 215 | ...\Nilhan Hospitality LLC - Florida.QBW.old. |
| segments_2 | File | 8/26/2015 12:01 PM | 215 | QBBackupTemp Wed, A...\SuggestionIndex\ |
| Trsustee letter.pdf | Adobe Acrobat ... | 8/4/2016 3:41 PM | 888,415 | |
| WELLS FARGO SECURITY AGRMT OG... | Adobe Acrobat ... | 8/4/2016 3:20 PM | 4,328,775 | 5. Loan documents\ |
| **121 file(s)** | | | **1,448,482,633** | |