

**EXHIBIT "5"**

## Stephen J. Padula

**From:** Chuck Thakkar <cthakkar@dctsystems.net>
**Sent:** Tuesday, September 06, 2016 8:09 PM
**To:** Stephen J. Padula
**Subject:** FW: Nilhan Hospitality

**From:** Frank Wolff [mailto:fwolff@fmwpa.com]
**Sent:** Tuesday, August 02, 2016 9:02 AM
**To:** esther.mckean@akerman.com
**Cc:** Patricia Smith <psmith@fmwpa.com>; Lauren Humiec <laurenhumiec@gmail.com>
**Subject:** Nilhan Hospitality

Esther

I have not received the email with the screen shot.

I am glad that we had the phone call with Mr. Wilson yesterday. I was under the impression that there was some basic gateway that was blocked by a missing password. That left me wondering why my side was having trouble giving you what you need. However, now that I understand that it was one backup made at a certain time, I understand what my client was talking about. It also leaves me thinking that we need to have that type of conversation every time when we face that type of problem, because whether intentional or not, you are giving the judge an impression that is unfair. In this instance, it was not at all clear when this was presented to the judge that what was missing was one backup needed to check the data, not a basic password.

It reminds me of the interaction we have had with regards to the financial records. In an email not too long ago, when we were trying to get clarity on what financial records you needed, your response was, not just all financial records, but "all property" of the Debtor's. That is not helpful, and as with this password situation, leaves us in a position of being bushwhacked when we get to court.

So that leads me to the next point. If you feel that there are documents that you still lack, get me a list, and give us the opportunity to go over the list with your forensic people. We were left guessing about what you needed and wanted about the password. I do not want the same situation to happen with regards to documents.

We are not trying to hide the ball. Please give us the chance to get you what you need. Please send me the screen shot and the list as soon as possible.



**Frank M. Wolff**
*Frank Martin Wolff, P.A.*
Phone: 407-648-0058
Fax: 407-648-0681

Frank Martin Wolff, P.A.
1851 W Colonial Dr., Orlando, FL 32804

1

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.