

*EXHIBIT "7"*

# EXHIBIT 1

1.     All documents relating to the Debtors involvement in the Orlando Gateway Property Owners Association.

2.     All supporting documents necessary for and related to the common area maintenance ("CAM") records for 2013, 2014, and 2015, including bills, statement, invoices and cancelled checks for all expenditures.

3.     All CAM reconciliation reports for 2013, 2014, and 2015, and the back-up documents to support those reports.

4.     All CAM records that were prepared relating to properties owned by the Debtor, including the back-up for each CAM record.

5.     All documents relating to any liens, lis pendens, judgments, mortgages, and encumbrances on any real property that was owned by the Debtor.

6.     All documents relating to any setoffs or adverse claims as to any real property that was owned by the Debtor.

7.     All documents Madden Moorhead & Glunt, Inc. prepared or obtained relating to property owned by the Debtor.

8.     All documents Nodarse & Associates prepared or obtained relating to property owned by the Debtor.

9.     All documents Andreyev Engineering prepared or obtained relating to property owned by the Debtor.

10.    All documents GMB Engineers and Planning prepared or obtained relating to property owned by the Debtor.

11.    All documents Salah M. Hamood prepared or obtained relating to property owned by the Debtor.

{39159490;1}

12.    All documents Cuhaci & Peterson prepared or obtained relating to property owned by the Debtor.

13.    All documents Leading Edge Land Services, Inc. prepared or obtained relating to property owned by the Debtor.

14.    All documents Vileno Environmental, LLC prepared or obtained relating to property owned by the Debtor.

15.    All documents relating to improvements made on any property owned by the Debtor.

16.    All Dunphy Properties bills and backup documentation for its services and fees.

17.    Bank statements, check register and cancelled checks from February 2010 to December 2014 for BB&T checking account ending in 7464.

18.    Check register and cancelled checks from January 2015 to date account closed for BB&T checking account ending in 7464.

19.    All documents related to the $665,790.51 decrease in the outstanding balance due to JAX Fairfield Financial from Nilhan Hospitality, LLC – Florida during the period from 12/31/14 to 12/31/15. This would include documents supporting the 4/20/15 journal entry with the notation "Reclass Nilhan Hospitality GA balance to JAX Fairfield per CKT"

20.    All documents related to the $688,569.75 balance due to Nilhan Hospitality, LLC from Niloy Inc per the 12/31/15 financial statements produced from the Nilhan Hospitality, LLC – Florida Quickbooks file.

21.    All documents related to the $475,000.00 balance due to Nilhan Hospitality, LLC from Thakkar Properties per the 12/31/15 financial statements produced from the Nilhan Hospitality, LLC – Florida Quickbooks file.

22.    All documents related to the $3,458,189.48 balance due to Nilhan Hospitality, LLC from "Other Affiliates" per the 12/31/15 financial statements produced from the Nilhan Hospitality, LLC – Florida Quickbooks file.

23.    All documents related to the $182,178.12 balance due to Nilhan Hospitality, LLC from "Int Rec Affiliates" per the 12/31/15 financial statements produced from the Nilhan Hospitality, LLC – Florida Quickbooks file.

24.    2010 tax return for Orlando Gateway Partners, including Schedules and K-1's, tangible and intangible tax returns.

25.    Drafts of Debtor's tax returns.

26.    Debtor's accounts payable reports.

27.    All documents relating to any intercompany transfers, including but not limited to transfers among the Debtor and any companies listed on Exhibit A to the Agreed Order on Jurisdictional Issues filed in Adv. Pro. No. 6:15-ap-00084-KSJ, Adv. Doc. No. 53.

28.    All documents relating to intercompany reconciliation.

29.    All documents relating to the Debtor's accounts receivable.

30.    All documents supporting adjusting note balances on general ledger.

31.    All documents relating to the Debtor's sales, lease or transfer of all property ever owned by the Debtors.

32.    All documents relating to the Debtor's reconciliations.

33.    All detailed general ledgers.

34.    All investments in the Debtor or by the Debtor.

35.    All documents relating to wire transfers.

36.    All profit and loss statements.

{39159490;1}                                    3

37.   All balance sheets.

38.   The Debtor's corporate book.

39.   All cash flow statements.

40.   All documents relating to transfer of monies from the Debtor.

41.   All documents relating to adjusting journal entries.

42.   All insurance policies and related documents.

43.   All financial statements, including audited versions regardless of if prepared by the Debtors or professionals engaged by the Debtor.

44.   All documents supporting the electronic data stored in QuickBooks and Rent Manager Xi.

45.   All documents related to trial balances.

46.   All charts of accounts.

47.   All documents supporting adjusting journal entries.

48.   All documents relating to transaction analyses.

49.   All transaction detail by account.

50.   All documents relating to statements of changes in financial positions.

51.   All documents relating to the Debtors involvement in Orlando Gateway Hampton.

52.   All documents reflecting monies owed to the Debtors as reflected on the Balance Sheets.

53.   All documents relating to Debtor's accounts or securities with banks, financial institutions, brokerage houses, relating to checking accounts, money market accounts, other certificates of deposits or similar instruments.

54.   Any and all accounts in the name of, or for the benefit of Debtor.

{39159490;1}                                          4

55.   Any and all securities in the name of Debtor.

56.   Copies of checks drawn on the Debtor's accounts.

57.   In regard to the following law firms ("Legal Professional"):

Arnold Golden Gregory LLP

Baker Law Firm

Bloom Sugarman Everett f/k/a The Bloom Law Firm

Bloomgarden Goudreau and Rosen

Dickinson & Gibbons

Ehrenclou & Grover LLC

Fisher Rushmer

Frank M. Wolff, P.A.

Greenspoon Marder

Grifin and Linder

H. Dennis Panter & Associates, LLC

Jordan Cohen

King Blackwell

Korshak & Associates

Lowndes Drosdick Doster Kantor & Reed

Markarian Frank & Hayes

Nejame Law

Robbins Ross Alloy Belinfante Littlefield LLC

Schreeder, Wheeler & Flint, LLP

Shutts and Bowen

The Carlyle Appellate Law Firm

The Halle Firm

The Tarich Law Firm

Weinstock & Scavo, PC

Wolff, Hill, McFarlin and Herron

turnover all (a) all correspondence between Debtor and the Legal Professional; (b) all e-mails between Debtor and Legal Professional; (c) all documents Debtor provided to or received from the Legal Professional; and (d) all invoices received by the Debtor from the Legal Professional.

58.    In regard to the following finance, accounting or consulting individual or firms ("Accounting Professional"):

> Garwhal, Chan & Williams
>
> Kim McClure
>
> Moore & Colson
>
> Outsource Accounting & Tax, LLC
>
> Rashed Mahmood
>
> Valuation & Litigation Services, LLC
>
> Gary Furrow

turnover all (a) all correspondence between Debtor and the Accounting Professional; (b) all e-mails between Debtor and Accounting Professional; (c) all documents Debtor provided to or received from the Accounting Professional; and (d) all invoices received by the Debtor from the Accounting Professional.

{39159490;1}                                        6

59.    In regard to the following law firms ("Law Firms"):

Gregory Snell P.A.

Moffa and Breuer PLLC

Moran and Kidd

Todd Hoepker, P.A.

Winderweedle, Haines, Ward & Woodman, P.A.

turnover all (a) all correspondence between Debtor and the Law Firm prior to February 10, 2016; (b) all e-mails between Debtor and Law Firm prior to February 10, 2016; (c) all documents Debtor provided to or received from the Law Firm prior to February 10, 2016; and (d) all invoices received by the Debtor from the Law Firm prior to February 10, 2016.

60.    All e-mail, correspondence, communications relating to Debtors' business.

61.    All e-mail, correspondence, communications and documents relating to the Debtor's business, and the services provided by the Legal Professionals, Law Firms and Accounting Professional that are stored in electronic format on the e-mail account of cthakkar@dctsystems.net .

62.    All documents relating to value of the assets identified in the Debtor's Schedules.

63.    All documents relating to the debts listed in Debtor's Schedules.

64.    All documents relating to Debtor's Statement of Financial Affairs.

65.    All documents relating to the ownership of the Debtor.

66.    All documents relating to the members of the Debtor.

67.     All documents relating to the members of the Debtor contribution or investment in the Debtor.

68.     All document relating to distributions made to the members of the Debtor.

69.     All documents relating to Debtor's receivables and other rights to payment of every kind.

70.     All documents relating to any right, title and interest Debtor had under any licenses, warranties, management agreements, and marketing or sales agreements.

71.     All declarations or covenants Debtor signed relating to the real property.

72.     All Operating Agreements involving the Debtor or property owned by the Debtor.

73.     All loan documents relating to any loan the Debtor obtained or provided.

74.     All documents relating to the Debtor's loan receivables.

75.     All documents relating to any loans Debtor was a guarantor, including but not limited to the loan with Wells Fargo Bank, N.A.

76.     All documents relating to any loans Debtor pledge assets, including but not limited to the loan with Wells Fargo Bank, N.A. and BB&T.

77.     All documents relating to any loan modification, including but not limited to the April 2013 loan modification with Wells Fargo Bank, N.A.

78.     All documents relating to loan balances.

79.     All Interim Credit Reports.

80.     All documents relating to consideration provided for the loans Debtor was a party to.

81.     All documents relating to Debtor paying leasing commissions.

82.    All documents relating to expenses of the Debtor paid by a third party.

83.    All documents listed on the Privilege Log attached as **Schedule A.**

84.    All documents listed on the Privilege Log attached as **Schedule B.**

85.    All documents relating to all lawsuits Debtor was a party to.

86.    All documents relating to the lawsuit of Bloom Sugarman Everett, LLP vs. Nilhan Hospitality, LLC, *et al.*

87.    All documents relating to the lawsuit of Good Gateway vs. Orlando Gateway Partners *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

88.    All documents relating to the lawsuit of Good Capital Group, Inc. vs. Orlando Gateway Partners as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

89.    All documents relating to the lawsuit of Orlando Gateway Partners, LLC vs. SEG Gateway, LLC *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

90.    All documents relating to the lawsuit of Chittranjan K. Thakkar vs. Good Gateway, LLC *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

# EXHIBIT 1

1.     All documents relating to the Debtors involvement in the Orlando Gateway Property Owners Association.

2.     All supporting documents necessary for and related to the common area maintenance ("CAM") records for 2013, 2014, and 2015, including bills, statement, invoices and cancelled checks for all expenditures.

3.     All CAM reconciliation reports for 2013, 2014, and 2015, and the back-up documents to support those reports.

4.     All CAM records that were prepared relating to properties owned by the Debtor, including the back-up for each CAM record.

5.     All documents relating to any liens, lis pendens, judgments, mortgages, and encumbrances on any real property that was owned by the Debtor.

6.     All documents relating to any setoffs or adverse claims as to any real property that was owned by the Debtor.

7.     All documents Madden Moorhead & Glunt, Inc. prepared or obtained relating to property owned by the Debtor.

8.     All documents Nodarse & Associates prepared or obtained relating to property owned by the Debtor.

9.     All documents Andreyev Engineering prepared or obtained relating to property owned by the Debtor.

10.    All documents GMB Engineers and Planning prepared or obtained relating to property owned by the Debtor.

11.    All documents Salah M. Hamood prepared or obtained relating to property owned by the Debtor.

{39160128;1}

12.    All documents Cuhaci & Peterson prepared or obtained relating to property owned by the Debtor.

13.    All documents Leading Edge Land Services, Inc. prepared or obtained relating to property owned by the Debtor.

14.    All documents Vileno Environmental, LLC prepared or obtained relating to property owned by the Debtor.

15.    All documents relating to improvements made on any property owned by the Debtor.

16.    All Dunphy Properties bills and backup documentation for its services and fees.

17.    Printed copy of the December 31, 2014, Balance Sheet and Income Statement for Orlando Gateway Partners, LLC.

18.    Printed copy of the General Ledger, including detail of account entries for all accounts during the year ending December 31, 2015.

19.    Printed copy of the General Journal for the year ending December 31, 2015.

20.    Printed copy of monthly financial statements for each month in 2015.

21.    Printed copy of the Balance Sheet and Income Statement for the year ending December 31, 2015.

22.    Copies of all bank statements, check registers and cancelled checks for all bank accounts during the years 2014 and 2015.

23.    Supporting documentation for any and all balances due to Orlando Gateway Partners, LLC from all parties, including related entities by common owners (in full or in part), as of December 31, 2014 and December 31, 2015.

24.    2010 tax return for Orlando Gateway Partners, including Schedules and K-1's, tangible and intangible tax returns.

25.    Drafts of Debtor's tax returns.

26.    Debtor's accounts payable reports.

27.    All documents relating to any intercompany transfers, including but not limited to transfers among the Debtor and any companies listed on Exhibit A to the Agreed Order on Jurisdictional Issues filed in Adv. Pro. No. 6:15-ap-00084-KSJ, Adv. Doc. No. 53.

28.    All documents relating to intercompany reconciliation.

29.    All documents relating to the Debtor's accounts receivable.

30.    All documents supporting adjusting note balances on general ledger.

31.    All documents relating to the Debtor's sales, lease or transfer of all property ever owned by the Debtors.

32.    All documents relating to the Debtor's reconciliations.

33.    All detailed general ledgers.

34.    All investments in the Debtor or by the Debtor.

35.    All documents relating to wire transfers.

36.    All profit and loss statements.

37.    All balance sheets.

38.    The Debtor's corporate book.

39.    All cash flow statements.

40.    All documents relating to transfer of monies from the Debtor.

41.    All documents relating to adjusting journal entries.

42.    All insurance policies and related documents.

{39160128;1}                                                    3

43.    All financial statements, including audited versions regardless of if prepared by the Debtors or professionals engaged by the Debtor.

44.    All documents supporting the electronic data stored in QuickBooks and Rent Manager Xi.

45.    All documents related to trial balances.

46.    All charts of accounts.

47.    All documents supporting adjusting journal entries.

48.    All documents relating to transaction analyses.

49.    All transaction detail by account.

50.    All documents relating to statements of changes in financial positions.

51.    All documents relating to the Debtors involvement in Orlando Gateway Hampton.

52.    All documents reflecting monies owed to the Debtors as reflected on the Balance Sheets.

53.    All documents relating to Debtor's accounts or securities with banks, financial institutions, brokerage houses, relating to checking accounts, money market accounts, other certificates of deposits or similar instruments.

54.    Any and all accounts in the name of, or for the benefit of Debtor.

55.    Any and all securities in the name of Debtor.

56.    Copies of checks drawn on the Debtor's accounts.

57.    In regard to the following law firms ("Legal Professional"):

Arnold Golden Gregory LLP

Baker Law Firm

Bloom Sugarman Everett f/k/a The Bloom Law Firm

Bloomgarden Goudreau and Rosen

Dickinson & Gibbons

Ehrenclou & Grover LLC

Fisher Rushmer

Frank M. Wolff, P.A.

Greenspoon Marder

Grifin and Linder

H. Dennis Panter & Associates, LLC

Jordan Cohen

King Blackwell

Korshak & Associates

Lowndes Drosdick Doster Kantor & Reed

Markarian Frank & Hayes

Nejame Law

Robbins Ross Alloy Belinfante Littlefield LLC

Schreeder, Wheeler & Flint, LLP

Shutts and Bowen

The Carlyle Appellate Law Firm

The Halle Firm

The Tarich Law Firm

Weinstock & Scavo, PC

Wolff, Hill, McFarlin and Herron

turnover all (a) all correspondence between Debtor and the Legal Professional; (b) all e-mails between Debtor and Legal Professional; (c) all documents Debtor provided to or received from the Legal Professional; and (d) all invoices received by the Debtor from the Legal Professional.

58.     In regard to the following finance, accounting or consulting individual or firms ("Accounting Professional"):

Garwhal, Chan & Williams

Gary Furrow

Kim McClure

Moore & Colson

Outsource Accounting & Tax, LLC

Rashed Mahmood

Valuation & Litigation Services, LLC

turnover all (a) all correspondence between Debtor and the Accounting Professional; (b) all e-mails between Debtor and Accounting Professional; (c) all documents Debtor provided to or received from the Accounting Professional; and (d) all invoices received by the Debtor from the Accounting Professional.

59.     In regard to the following law firms ("Law Firms"):

Gregory Snell P.A.

Moffa and Breuer PLLC

Moran and Kidd

Todd Hoepker, P.A.

Winderweedle, Haines, Ward & Woodman, P.A.

turnover all (a) all correspondence between Debtor and the Law Firm prior to February 10, 2016; (b) all e-mails between Debtor and Law Firm prior to February 10, 2016; (c) all documents

{39160128;1}                                       6

Debtor provided to or received from the Law Firm prior to February 10, 2016; and (d) all invoices received by the Debtor from the Law Firm prior to February 10, 2016.

60.    All e-mail, correspondence, communications relating to Debtors' business.

61.    All e-mail, correspondence, communications and documents relating to the Debtor's business, and the services provided by the Legal Professionals, Law Firms and Accounting Professional that are stored in electronic format on the e-mail account of cthakkar@dctsystems.net .

62.    All documents relating to value of the assets identified in the Debtor's Schedules.

63.    All documents relating to the debts listed in Debtor's Schedules.

64.    All documents relating to Debtor's Statement of Financial Affairs.

65.    All documents relating to the ownership of the Debtor.

66.    All documents relating to the members of the Debtor.

67.    All documents relating to the members of the Debtor contribution or investment in the Debtor.

68.    All document relating to distributions made to the members of the Debtor.

69.    All documents relating to Debtor's receivables and other rights to payment of every kind.

70.    All documents relating to any right, title and interest Debtor had under any licenses, warranties, management agreements, and marketing or sales agreements.

71.    All declarations or covenants Debtor signed relating to the real property.

72.    All Operating Agreements involving the Debtor or property owned by the Debtor.

{39160128;1}                                   7

73.    All loan documents relating to any loan the Debtor obtained or provided.

74.    All documents relating to the Debtor's loan receivables.

75.    All documents relating to any loans Debtor was a guarantor, including but not limited to the loan with Wells Fargo Bank, N.A.

76.    All documents relating to any loans Debtor pledge assets, including but not limited to the loan with Wells Fargo Bank, N.A. and BB&T.

77.    All documents relating to any loan modification, including but not limited to the April 2013 loan modification with Wells Fargo Bank, N.A.

78.    All documents relating to loan balances.

79.    All Interim Credit Reports.

80.    All documents relating to consideration provided for the loans Debtor was a party to.

81.    All documents relating to Debtor paying leasing commissions.

82.    All documents relating to expenses of the Debtor paid by a third party.

83.    All documents listed on the Privilege Log attached as **Schedule A**.

84.    All documents listed on the Privilege Log attached as **Schedule B**.

85.    All documents relating to all lawsuits Debtor was a party to.

86.    All documents relating to the lawsuit of Bloom Sugarman Everett, LLP vs. Nilhan Hospitality, LLC, *et al.*

87.    All documents relating to the lawsuit of Nilhan Financial, LLC vs. Orlando Gateway Partners, LLC et al. as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

{39160128;1}                                      8

88.     All documents relating to the lawsuit of Good Gateway vs. Orlando Gateway Partners *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

89.     All documents relating to the lawsuit of Good Capital Group, Inc. vs. Orlando Gateway Partners as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

90.     All documents relating to the lawsuit of Orlando Gateway Partners, LLC vs. SEG Gateway, LLC *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

91.     All documents relating to the lawsuit of Chittranjan K. Thakkar vs. Good Gateway, LLC *et al.* as identified in paragraph 4 of Debtor's Statement of Financial Affairs.

92.     All documents relating to the lawsuit of Orlando Gateway Partners, LLC vs. Arun Kumar, Dean Edeman and A and D Food Group, LLC.