

# EXHIBIT "8"

## Stephen J. Padula

**From:** Chuck Thakkar <cthakkar@dctsystems.net>
**Sent:** Tuesday, September 06, 2016 8:46 PM
**To:** Stephen J. Padula
**Subject:** FW: Nilhan Hospitality and OGP

**From:** Stephen Breuer [mailto:stephen@moffa.law]
**Sent:** Thursday, September 01, 2016 12:18 PM
**To:** samual.miller@akerman.com
**Cc:** jules.cohen@akerman.com; esther.mckean@akerman.com
**Subject:** RE: Nilhan Hospitality and OGP

Samual,

I have a call arranged with my client this afternoon and will find out if Rent Manager is internet based, or if you need to install the program on the Trustee's computer (within the scope of my IT knowledge), and the requisite passwords.

As we discussed and I stated previously, the Debtors and Mr. Thakkar are willing to cooperate with the Trustee in getting documents and information he needs. They are in compliance with the Court's Orders, having supplied the (i) financial records on 6/3/16 (through TrustPoint), (ii) physical records on 7/22/16, (iii) Dropbox files provided by Mr. Wolff on 8/9/16, and most recently (iv) digital files turned over yesterday morning in advance of the hearing on the flash drive. Nonetheless, if the you or the Trustee believe that the Debtors or Mr. Thakkar can assist further, we are willing to do so. To the extent you believe any deficiencies exist in the Debtors (and Mr. Thakkar) complying with the Court's Orders, please let me know by the close of business tomorrow so Mr. Thakkar can cure any such deficiency (and have the weekend and one work day to do so). If we do not receive any feedback by then I will assume that you agree we are in compliance, but an email to that effect would be appreciated. Thank you, and stay tuned for the Rent Manager information.

Kind regards,

Stephen



**MOFFA &
BREUER, PLLC**

STEPHEN C. BREUER, Esq. | Member
1776 North Pine Island Road, Suite 102
Plantation, FL 33322-5223
Telephone: 954.634.4733
Facsimile: 954.337.0637
Email: stephen@moffa.law
Website: www.moffa.law

**************************************************************************************************************
Disclaimer(s): This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-pro client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL, and eliminal original message. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the ex sender or the named addressee(s). The contents of this message may include information which is sent for settlement purposes and shall be treated accordingly. Add our practice also involves the collection of debt. Any information provided may be used for that purpose.

**From:** samual.miller@akerman.com [mailto:samual.miller@akerman.com]
**Sent:** Thursday, September 01, 2016 11:34 AM
**To:** Stephen Breuer
**Cc:** jules.cohen@akerman.com; esther.mckean@akerman.com
**Subject:** RE: Nilhan Hospitality and OGP

Stephen:

With respect to Rent Manager, we would need to know how to log into the program.  Is it internet based or do we need to install the program on Trustee's computer?  We also need the passwords to sign into the program.

Thanks.

**Samual A. Miller**
Akerman LLP | 420 South Orange Avenue | Suite 1200 | Orlando, FL 32801-4904
Dir: 407.419.8477 | Main: 407.423.4000 | Cell: 407.701.0110 | Fax: 407.843.6610
samual.miller@akerman.com

vCard | Bio

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Stephen Breuer [mailto:stephen@moffa.law]
**Sent:** Thursday, September 01, 2016 11:19 AM
**To:** Miller, Samual (Ptnr-Orl)
**Cc:** Cohen, Jules (Ptnr-Orl); McKean, Esther (Ptnr-Orl)
**Subject:** RE: Nilhan Hospitality and OGP

Samual,

Also, please let me know if you believe John Wilson may be appropriate/necessary to obtain the Rent Manager license and/or software that was requested yesterday.  As we discussed, we are more than happy to get you what you need to decode the records you have and view the financials for OGP.  We standby ready to facilitate and assist.  Thank you.

Kind regards,

Stephen



**MOFFA &**
**BREUER, PLLC**

STEPHEN C. BREUER, Esq. | Member
1776 North Pine Island Road, Suite 102
Plantation, FL 33322-5223
Telephone: 954.634.4733
Facsimile: 954.337.0637
Email: stephen@moffa.law
Website: www.moffa.law

Disclaimer(s): This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-proc client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL, and eliminal original message. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the ex sender or the named addressee(s). The contents of this message may include information which is sent for settlement purposes and shall be treated accordingly. Add our practice also involves the collection of debt. Any information provided may be used for that purpose.

**From:** Stephen Breuer
**Sent:** Thursday, September 01, 2016 10:35 AM
**To:** samual.miller@akerman.com
**Cc:** jules.cohen@akerman.com; esther.mckean@akerman.com
**Subject:** Nilhan Hospitality and OGP

Samual,

It was nice to meet you yesterday. As we discussed during and after the hearing, please let us know as soon as you have had a chance to review the documents produced yesterday morning and what, if any, deficiencies you believe to remain. The Trustee wanted the continued hearing in 4 business days with only 3 business days to review the files and deal with any outstanding issues, so please try to get me a list of any deficiencies as soon as possible.

Given the short timeframe, I would request that you provide what you believe to be deficiencies as you work through the requests and responses as opposed to a final list when you are finished, with an update on or before the close of business tomorrow, so my client will have a full business day before the hearing to deal with any deficiencies that exist. Alternatively, if you find that no deficiencies exist as of close of business tomorrow, a short email update to that effect would be appreciated.

It was nice seeing you again as well, Jules. Thank you both, and I am sure you heard this before but I look forward to resolving the turnover issue with you quickly, and as amicably as possible.

Kind regards,

Stephen



**MOFFA &**
**BREUER, PLLC**

STEPHEN C. BREUER, Esq. | Member
1776 North Pine Island Road, Suite 102
Plantation, FL 33322-5223
Telephone: 954.634.4733
Facsimile: 954.337.0637
Email: stephen@moffa.law
Website: www.moffa.law

Disclaimer(s): This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-proc client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL, and eliminal original message. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the ex sender or the named addressee(s). The contents of this message may include information which is sent for settlement purposes and shall be treated accordingly. Add our practice also involves the collection of debt. Any information provided may be used for that purpose.

4